```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JUSTIN ALBRIGHT, on behalf of his      :
daughter T.A. a minor,                 :
                                       :     22cv5987 (DLC)
                       Plaintiff,      :     22cv5443 (DLC)
                                       :
             -v-                       :        ORDER
                                       :
DAILY HARVEST, INC., et al.,           :
                                       :
                       Defendants.     :
                                       :
-------------------------------------- X
-------------------------------------- X
                                       :
BREANNE BUCKLEY PENI, individually and :
on behalf of all others similarly      :
situated,                              :
                                       :
                       Plaintiff,      :
             -v-                       :
                                       :
DAILY HARVEST, INC.,                   :
                                       :
                       Defendant.      :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On October 24, 2022, plaintiff's counsel in <u>Albright v. Daily Harvest, Inc.</u> (22cv5987) requested to appear via teleconference or videoconference at the conference scheduled for November 4. It is hereby

ORDERED that the November 4 conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        888-363-4749

Access code:    4324948
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         October 24, 2022

```
                              _____
                                   DENISE COTE
                              United States District Judge
```