UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
JUSTIN ALBRIGHT, on behalf of his    :
daughter T.A. a minor,               :
                                     :         22cv5987 (DLC)
                    Plaintiff,       :
                                     :         ORDER
                                     :
         -v-                         :
                                     :
DAILY HARVEST, INC., et al.,         :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     On October 31, 2022, the plaintiffs filed a letter

explaining the basis for their belief that diversity of

citizenship exists.  The letter does not adequately allege the

citizenship of defendant Smirk's Ltd.  Accordingly, it is hereby

     ORDERED that the parties shall be prepared to address the

citizenship of Smirk's Ltd. at the November 4 conference.  Any

party asserting that diversity exists shall be prepared to

explain whether the members of Smirk's Ltd. are individuals,

corporations, partnerships, limited liability companies, or

other entities, and to specify the citizenship of each member.

Dated:     New York, New York
           November 3, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge