UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN ALBRIGHT on behalf of his daughter
T.A., a minor

    Plaintiff,

vs.

DAILY HARVEST, INC., SECOND BITE
FOODS, INC., d/b/a "STONE GATE FOODS",
SMIRK'S LTD., and JOHN DOE
CORPORATIONS 1-5,

    Defendants

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DISCOVERY DEMANDS**

Case No. 22-cv-5987 (DLC)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned (including any counsel on behalf of its client), that the time for Defendant, Second Bite Foods, Inc. d/b/a Stone Gate Foods, to respond to Plaintiff's First Set of Interrogatories and Requests for Production is extended to and including January 20, 2023.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and facsimile signatures hereon shall have the same force and effect as originals.

DATED: New York, New York
         January 5, 2023

| | |
|---|---|
| **MARLER CLARK, LLP PS**<br>*Attorneys for Plaintiff* | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>*Attorneys for Stone Gate Foods* |
| By: *William D. Marler*<br>William D. Marler, Esq.<br>1012 1st Ave., 5th Fl.<br>Seattle, Washington 98104-1008<br>Telephone: (206) 346-1890 | By: *Bryan T. Vannini*<br>Bryan T. Vannini, Esq.<br>1010 Washington Blvd., 6th Fl.<br>Stamford, CT 06901<br>Telephone: (203) 388-2381 |

So ordered.

*Denise Cote*
1/6/23

278793563v.1