AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

JUSTIN ALBRIGHT on behalf of his daughter, T.A.,
*Plaintiff*
v.
SMIRK'S, LTD
*Defendant, Third-party plaintiff*
v.
MOLINOS ASOCIADOS, S.A.C.
*Third-party defendant*

Civil Action No. 1:22-cv-05987

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Molinos Asociados, S.A.C.
Calle 2 Mzn Lt. 4 Las Vertientes
Villa El Salvador
Lime, Peru

A lawsuit has been filed against defendant Smirk's Ltd, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Justin Albright.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Scott Haworth, Esq., Haworth Barber & Gerstman, 80 Broad Street, Floor 24, New York, NY 10004

Jennifer Bruder, Esq., Haworth Barber & Gerstman, 80 Broad Street, Floor 24, New York, NY 10004

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Nunes, Esq., Helsman Nunes & Hull LLP, 69 Cascade Drive, Suite 102, Rochester, NY 14614

Bill Marler, Esq., Marler Clark LLP PS, 1021, 1st Avenue, 5th Floor, Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: ______________

*CLERK OF COURT*

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-05987

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Add Attachment Reset