UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :  22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.          :  23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation       :  23cv1627(DLC); 23cv1633(DLC);
                                    :  23cv1640(DLC); 23cv1643(DLC);
----------------------------------- X  23cv1648(DLC); 23cv1649(DLC);
                                       23cv1651(DLC); 23cv1653(DLC);
                                       23cv1658(DLC); 23cv1659(DLC);
                                       23cv1660(DLC); 23cv1662(DLC);
                                       23cv1663(DLC); 23cv1664(DLC);
                                       23cv1666(DLC); 23cv1668(DLC);
                                       23cv1672(DLC); 23cv1673(DLC);
                                       23cv1681(DLC); 23cv1683(DLC);
                                       23cv1686(DLC); 23cv1688(DLC);
                                       23cv1692(DLC); 23cv1694(DLC);
                                       23cv1703(DLC); 23cv1705(DLC);
                                       23cv1709(DLC); 23cv1712(DLC);
                                       23cv1713(DLC); 23cv1718(DLC);
                                       23cv1721(DLC); 23cv1725(DLC);
                                       23cv1727(DLC); 23cv1732(DLC);
                                       23cv1734(DLC); 23cv1736(DLC);
                                       23cv1737(DLC); 23cv1740(DLC);
                                       23cv1741(DLC); 23cv1742(DLC);
                                       23cv1743(DLC); 23cv1744(DLC);
                                       23cv1745(DLC); 23cv1748(DLC);
                                              23cv1750(DLC)

                                                ORDER

DENISE COTE, District Judge:

On July 13, 2022, the plaintiff filed a complaint in the lead case in this litigation, <u>Albright v. Daily Harvest, Inc.</u>, 22cv5987 ("<u>Albright</u>"). On March 8, 2023, the following cases (the "Related Cases") were accepted as related to <u>Albright</u>:

- <u>Burkatzky v. Daily Harvest, Inc.</u>, 23cv1607

- <u>Jannerone v. Daily Harvest, Inc.</u>, 23cv1617

- <u>Kroon v. Daily Harvest, Inc.</u>, 23cv1620

- <u>Lindgren v. Daily Harvest, Inc.</u>, 23cv1627
- <u>Livsey v. Daily Harvest, Inc.</u>, 23cv1633
- <u>Long v. Daily Harvest, Inc.</u>, 23cv1640
- <u>MacPhee v. Daily Harvest, Inc.</u>, 23cv1643
- <u>Morris-Metzger v. Daily Harvest, Inc.</u>, 23cv1648
- <u>Selby v. Daily Harvest, Inc.</u>, 23cv1649
- <u>Slaughter v. Daily Harvest, Inc.</u>, 23cv1651
- <u>Strafaci v. Daily Harvest, Inc.</u>, 23cv1653
- <u>Lopez v. Daily Harvest, Inc.</u>, 23cv1658
- <u>Merrill v. Daily Harvest, Inc.</u>, 23cv1659
- <u>Niculescu v. Daily Harvest, Inc.</u>, 23cv1660
- <u>Noel v. Daily Harvest, Inc.</u>, 23cv1662
- <u>Ocasio v. Daily Harvest, Inc.</u>, 23cv1663
- <u>Proulx v. Daily Harvest, Inc.</u>, 23cv1664
- <u>Rubinowitz v. Daily Harvest, Inc.</u>, 23cv1666
- <u>Sansweet v. Daily Harvest, Inc.</u>, 23cv1668
- <u>Sela v. Daily Harvest, Inc.</u>, 23cv1672
- <u>Vitali v. Daily Harvest, Inc.</u>, 23cv1673
- <u>Espinal v. Daily Harvest, Inc.</u>, 23cv1681
- <u>Eviston v. Daily Harvest, Inc.</u>, 23cv1683
- <u>Capretta v. Daily Harvest, Inc.</u>, 23cv1686

- Porzel v. Daily Harvest, Inc., 23cv1688
- Tipton v. Daily Harvest, Inc., 23cv1692
- Hines v. Daily Harvest, Inc., 23cv1694
- Butalid v. Daily Harvest, Inc., 23cv1703
- Churchill v. Daily Harvest, Inc., 23cv1705
- Cornutt v. Daily Harvest, Inc., 23cv1709
- Dean v. Daily Harvest, Inc., 23cv1712
- Deeke v. Daily Harvest, Inc., 23cv1713
- Downing v. Daily Harvest, Inc., 23cv1718
- Effner v. Daily Harvest, Inc., 23cv1721
- Ertel v. Daily Harvest, Inc., 23cv1725
- Fischer v. Daily Harvest, Inc., 23cv1727
- Fitzgerald v. Daily Harvest, Inc., 23cv1732
- Goldbach v. Daily Harvest, Inc., 23cv1734
- Kerr v. Daily Harvest, Inc., 23cv1736
- Justice v. Daily Harvest, Inc., 23cv1737
- Hobbie v. Daily Harvest, Inc., 23cv1740
- Lynch v. Daily Harvest, Inc., 23cv1741
- Mercado v. Daily Harvest, Inc., 23cv1742
- Puissegur v. Daily Harvest, Inc., 23cv1743
- Kraynick v. Daily Harvest, Inc., 23cv1744

- <u>Mount v. Daily Harvest, Inc.</u>, 23cv1745
- <u>Doran v. Daily Harvest, Inc.</u>, 23cv1748
- <u>Ion v. Daily Harvest, Inc.</u>, 23cv1750

The lead case in this litigation, <u>Albright</u>, currently has the following pretrial schedule:

1. All current and potential plaintiffs in this litigation represented by William Marler shall provide their medical release forms and plaintiff fact sheets to the defendants by March 31, 2023.

2. The defendants shall, by April 28, 2023, complete their productions of documents to plaintiff Albright and to co-defendants.

3. The next pretrial conference will be held telephonically on May 19, 2023 at 2:00 p.m. The parties shall be prepared to discuss a schedule for depositions and expert discovery. The parties shall use the following dial-in credentials for the telephone conference:

   Dial-in:       888-363-4749
   Access code:   4324948

4. The parties shall engage in settlement discussions under Magistrate Judge Cave's supervision in June 2023.

IT IS HEREBY ORDERED that the parties in the Related Cases shall confer and shall, by March 17, 2023, file a letter no longer than two (2) pages indicating whether any further

scheduling is necessary in the Related Cases.

Dated:   New York, New York
         March 9, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge