UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.          :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation       :   23cv1627(DLC); 23cv1633(DLC);
                                    :   23cv1640(DLC); 23cv1643(DLC);
----------------------------------- X   23cv1648(DLC); 23cv1649(DLC);
                                        23cv1651(DLC); 23cv1653(DLC);
                                        23cv1658(DLC); 23cv1659(DLC);
                                        23cv1660(DLC); 23cv1662(DLC);
                                        23cv1663(DLC); 23cv1664(DLC);
                                        23cv1666(DLC); 23cv1668(DLC);
                                        23cv1672(DLC); 23cv1673(DLC);
                                        23cv1681(DLC); 23cv1683(DLC);
                                        23cv1686(DLC); 23cv1688(DLC);
                                        23cv1692(DLC); 23cv1694(DLC);
                                        23cv1703(DLC); 23cv1705(DLC);
                                        23cv1709(DLC); 23cv1712(DLC);
                                        23cv1713(DLC); 23cv1718(DLC);
                                        23cv1721(DLC); 23cv1725(DLC);
                                        23cv1727(DLC); 23cv1732(DLC);
                                        23cv1734(DLC); 23cv1736(DLC);
                                        23cv1737(DLC); 23cv1740(DLC);
                                        23cv1741(DLC); 23cv1742(DLC);
                                        23cv1743(DLC); 23cv1744(DLC);
                                        23cv1745(DLC); 23cv1748(DLC);
                                         23cv1750(DLC); 23cv2038(DLC)

                                              ORDER

DENISE COTE, District Judge:

    On March 17, 2023, counsel for the parties in these related cases submitted a letter regarding scheduling. It is hereby

    ORDERED that the following schedule shall govern the further conduct of pretrial proceedings in this litigation:

1. The next pretrial conference will be held telephonically on May 19, 2023 at 2:00 p.m. The parties shall be prepared to discuss a schedule for depositions and expert discovery. The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        888-363-4749
Access code:    4324948
```

The parties shall use a landline if one is available.

2. The defendants shall, by May 26, 2023, complete their productions of documents to plaintiff Albright and to co-defendants.

3. All current and potential plaintiffs in this litigation represented by William Marler shall provide their medical release forms and plaintiff fact sheets to the defendants by June 1, 2023.

Dated:   New York, New York
         March 20, 2023

_____
DENISE COTE
United States District Judge

2