```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :  22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.       :  23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation    :  23cv1627(DLC); 23cv1633(DLC);
                                 :  23cv1640(DLC); 23cv1643(DLC);
-------------------------------- X  23cv1648(DLC); 23cv1649(DLC);
                                    23cv1651(DLC); 23cv1653(DLC);
                                    23cv1658(DLC); 23cv1659(DLC);
                                    23cv1660(DLC); 23cv1662(DLC);
                                    23cv1663(DLC); 23cv1664(DLC);
                                    23cv1666(DLC); 23cv1668(DLC);
                                    23cv1672(DLC); 23cv1673(DLC);
                                    23cv1681(DLC); 23cv1683(DLC);
                                    23cv1686(DLC); 23cv1688(DLC);
                                    23cv1692(DLC); 23cv1694(DLC);
                                    23cv1703(DLC); 23cv1705(DLC);
                                    23cv1709(DLC); 23cv1712(DLC);
                                    23cv1713(DLC); 23cv1718(DLC);
                                    23cv1721(DLC); 23cv1725(DLC);
                                    23cv1727(DLC); 23cv1732(DLC);
                                    23cv1734(DLC); 23cv1736(DLC);
                                    23cv1737(DLC); 23cv1740(DLC);
                                    23cv1741(DLC); 23cv1742(DLC);
                                    23cv1743(DLC); 23cv1744(DLC);
                                    23cv1745(DLC); 23cv1748(DLC);
                                    23cv1750(DLC); 23cv2038(DLC);
                                     23cv2466(DLC); 23cv2607(DLC)
```

ORDER

DENISE COTE, District Judge:

Pursuant to the operative schedule in this litigation, all plaintiffs represented by William Marler must, by June 1, submit completed plaintiff fact sheets to the defendants. In letters of April 5 and 7, plaintiffs and defendant Stone Gate Foods, Inc. ("Stone Gate") dispute whether defendants can, at this time, serve plaintiffs with discovery requests beyond the

plaintiff fact sheets. Having reviewed the parties' submissions, it is hereby

ORDERED that Stone Gate's request to serve, at this time, additional discovery on plaintiffs is denied.

IT IS FURTHER ORDERED that the defendants' use of the plaintiff fact sheets shall be without prejudice to defendants' right to serve additional, non-duplicative discovery on individual plaintiffs as individual cases are set for trial. Otherwise, the defendants shall not serve any additional discovery without either consent of a plaintiff or prior authorization from the Court.

Dated:   New York, New York
         April 10, 2023

                                 _____
                                        DENISE COTE
                                 United States District Judge