```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :  22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.       :  23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation    :  23cv1627(DLC); 23cv1633(DLC);
                                 :  23cv1640(DLC); 23cv1643(DLC);
-------------------------------- X  23cv1648(DLC); 23cv1649(DLC);
                                    23cv1651(DLC); 23cv1653(DLC);
                                    23cv1658(DLC); 23cv1659(DLC);
                                    23cv1660(DLC); 23cv1662(DLC);
                                    23cv1663(DLC); 23cv1664(DLC);
                                    23cv1666(DLC); 23cv1668(DLC);
                                    23cv1672(DLC); 23cv1673(DLC);
                                    23cv1681(DLC); 23cv1683(DLC);
                                    23cv1686(DLC); 23cv1688(DLC);
                                    23cv1692(DLC); 23cv1694(DLC);
                                    23cv1703(DLC); 23cv1705(DLC);
                                    23cv1709(DLC); 23cv1712(DLC);
                                    23cv1713(DLC); 23cv1718(DLC);
                                    23cv1721(DLC); 23cv1725(DLC);
                                    23cv1727(DLC); 23cv1732(DLC);
                                    23cv1734(DLC); 23cv1736(DLC);
                                    23cv1737(DLC); 23cv1740(DLC);
                                    23cv1741(DLC); 23cv1742(DLC);
                                    23cv1743(DLC); 23cv1744(DLC);
                                    23cv1745(DLC); 23cv1748(DLC);
                                    23cv1750(DLC); 23cv2038(DLC);
                                     23cv2466(DLC); 23cv2607(DLC)
```

ORDER

DENISE COTE, District Judge:

In letters of April 5, 6, and 7, the defendants dispute whether the interrogatories and document demands served by Daily Harvest, Inc. ("Daily Harvest") on its co-defendants comply with the Order of March 22, which allowed Daily Harvest additional time to "serve on each of its co-defendants, no more than five (5) interrogatories and five (5) document demands." Having

reviewed the defendants' letters and relevant discovery demands propounded by Daily Harvest, it is hereby

ORDERED that by Wednesday, April 12, Daily Harvest shall identify to its co-defendants to which one of the subparts which it has already propounded it wishes its co-defendants to respond.  Daily Harvest's requests to require answers to each of the subparts is denied.

IT IS FURTHER ORDERED that the parties are advised that objections to Daily Harvest's demands not raised in these letters are not deemed waived.  Should any objections be made, the parties shall promptly meet and confer and bring any unresolved disputes to the Court's attention promptly.

.

Dated:     New York, New York
           April 10, 2023

                                  _____
                                         DENISE COTE
                                  United States District Judge