```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.           :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation        :   23cv1627(DLC); 23cv1633(DLC);
                                     :   23cv1640(DLC); 23cv1643(DLC);
------------------------------------ X   23cv1648(DLC); 23cv1649(DLC);
                                         23cv1651(DLC); 23cv1653(DLC);
                                         23cv1658(DLC); 23cv1659(DLC);
                                         23cv1660(DLC); 23cv1662(DLC);
                                         23cv1663(DLC); 23cv1664(DLC);
                                         23cv1666(DLC); 23cv1668(DLC);
                                         23cv1672(DLC); 23cv1673(DLC);
                                         23cv1681(DLC); 23cv1683(DLC);
                                         23cv1686(DLC); 23cv1688(DLC);
                                         23cv1692(DLC); 23cv1694(DLC);
                                         23cv1703(DLC); 23cv1705(DLC);
                                         23cv1709(DLC); 23cv1712(DLC);
                                         23cv1713(DLC); 23cv1718(DLC);
                                         23cv1721(DLC); 23cv1725(DLC);
                                         23cv1727(DLC); 23cv1732(DLC);
                                         23cv1734(DLC); 23cv1736(DLC);
                                         23cv1737(DLC); 23cv1740(DLC);
                                         23cv1741(DLC); 23cv1742(DLC);
                                         23cv1743(DLC); 23cv1744(DLC);
                                         23cv1745(DLC); 23cv1748(DLC);
                                         23cv1750(DLC); 23cv2038(DLC);
                                         23cv2466(DLC); 23cv2607(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

On January 13, 2023, the parties submitted a proposed coordination order to coordinate discovery in these cases, as well as other related cases filed in other jurisdictions. It is hereby

ORDERED that the parties shall review the proposed Coordination Order attached hereto and shall, by April 19, file

a red-lined version of the proposed Coordination Order indicating their suggestions for additions and deletions, as well as letters no longer than two (2) pages explaining those suggestions.

IT IS FURTHER ORDERED that the parties shall, by April 19, submit the names and contact information of any judges presiding over a Related Action (as defined in the proposed Coordination Order) that has progressed sufficiently to warrant coordination between this Court and the court presiding over that Related Action.

Dated:      New York, New York
            April 12, 2023

                                    _____
                                          DENISE COTE
                                   United States District Judge