UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                 :    22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.       :    23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation    :    23cv1627(DLC); 23cv1633(DLC);
                                 :    23cv1640(DLC); 23cv1643(DLC);
------------------------------- X    23cv1648(DLC); 23cv1649(DLC);
                                      23cv1651(DLC); 23cv1653(DLC);
                                      23cv1658(DLC); 23cv1659(DLC);
                                      23cv1660(DLC); 23cv1662(DLC);
                                      23cv1663(DLC); 23cv1664(DLC);
                                      23cv1666(DLC); 23cv1668(DLC);
                                      23cv1672(DLC); 23cv1673(DLC);
                                      23cv1681(DLC); 23cv1683(DLC);
                                      23cv1686(DLC); 23cv1688(DLC);
                                      23cv1692(DLC); 23cv1694(DLC);
                                      23cv1703(DLC); 23cv1705(DLC);
                                      23cv1709(DLC); 23cv1712(DLC);
                                      23cv1713(DLC); 23cv1718(DLC);
                                      23cv1721(DLC); 23cv1725(DLC);
                                      23cv1727(DLC); 23cv1732(DLC);
                                      23cv1734(DLC); 23cv1736(DLC);
                                      23cv1737(DLC); 23cv1740(DLC);
                                      23cv1741(DLC); 23cv1742(DLC);
                                      23cv1743(DLC); 23cv1744(DLC);
                                      23cv1745(DLC); 23cv1748(DLC);
                                      23cv1750(DLC); 23cv2038(DLC);
                                      23cv2466(DLC); 23cv2607(DLC);
                                      23cv3825(DLC); 23cv3826(DLC);
                                      23cv3827(DLC); 23cv3828(DLC);
                                          23cv3831(DLC)

ORDER

DENISE COTE, District Judge:

On May 19, 2023, a conference was held in the lead case in this litigation.  It is hereby

ORDERED that a telephone conference in these cases shall be held on July 21, 2023 at 3:00 p.m.  The parties shall use the following dial-in credentials for the conference:

```
Dial-in:        888-363-4749
Access code:    4324948
```

The parties shall use a landline if one is available.  The

parties shall be prepared to discuss a schedule for the

remainder of the litigation.


Dated:     New York, New York
           May 19, 2023


_____
                    DENISE COTE
          United States District Judge

2