Notaría Roman
Av. Javier Prado Este 1451
Urb. Santa Catalina
Lima 13-Perú
T: 715 1588
RPC: 991 660 166
mroman@notariaroman.pe

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUSTIN ALBRIGHT on behalf of his daughter T.A. a minor,

Plaintiff,

vs.

DAILY HARVEST, INC., and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS", SMIRK'S LTD., MOLINOS ASOCIADOS SAC, AND JOHN DOE CORPORATIONS 1-5,

Defendants.

**CIVIL ACTION NO. 22-CV-05987 (DLC)**

**AFFIDAVIT OF SERVICE**

ESTE DOCUMENTO NO HA SIDO REDACTADO EN LA NOTARIA

Peru )
) ss.
City of Lima )

I declare that I, Pedro Arturo Delgado Rodriguez, am a resident of Peru, over the age of twenty-one, not a party nor an attorney for any party in this action, and I performed the following service:

Service upon **Molinos Asociados SAC** was accomplished by delivering the Summons in a Civil Action, Third Amended Complaint for Damages, Summons on a Third-Party Complaint, and Third Party Complaint, to Stephan Telge Peschiera, representative of Molinos Asociados SAC and son of Mr. Herbert Telge Noriega (General Manager of Molinos Asociados SAC) on the 24th day of April 2023 at 10:46 A.M. at the address of:

St. 2 Mz. N Lote 4, Cooperativa Las Vertientes, Villa El Salvador, Lima, Peru

**Description of person served:**
Race: Caucasian Hair color: brown Height: 1.80mt Weight: 78 Kg Gender: M Age: 30 yrs old

Signature________________________

SUBSCRIBED AND SWORN to before me this 23 day of May 2023.

CERTIFICACIÓN AL DORSO ➡

B☐ F☐ Nº 30407
FECHA: 23.05.23

**C E R T I F I C O:** Que la firma puesta en el anverso del presente documento corresponde a: **PEDRO ARTURO DELGADO RODRIGUEZ,** identificado con Documento Nacional de Identidad **N°07891625.** Se deja constancia que se certifica la firma, no asumiendo responsabilidad sobre el contenido.- **De todo lo que doy fe.-** Lima, 23 de mayo del 2023.=============================

Manuel Román Olivas
ABOGADO-NOTARIO DE LIMA

NOTARÍA ROMAN
Notario de Lima

COLEGIO DE NOTARIOS DE LIMA