```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :    22cv5987(DLC);  23cv1607(DLC);
In re: Daily Harvest, Inc.          :    23cv1617(DLC);  23cv1620(DLC);
Products Liability Litigation       :    23cv1627(DLC);  23cv1633(DLC);
                                    :    23cv1640(DLC);  23cv1643(DLC);
----------------------------------- X    23cv1648(DLC);  23cv1649(DLC);
                                         23cv1651(DLC);  23cv1653(DLC);
                                         23cv1658(DLC);  23cv1659(DLC);
                                         23cv1660(DLC);  23cv1662(DLC);
                                         23cv1663(DLC);  23cv1664(DLC);
                                         23cv1666(DLC);  23cv1668(DLC);
                                         23cv1672(DLC);  23cv1673(DLC);
                                         23cv1681(DLC);  23cv1683(DLC);
                                         23cv1686(DLC);  23cv1688(DLC);
                                         23cv1692(DLC);  23cv1694(DLC);
                                         23cv1703(DLC);  23cv1705(DLC);
                                         23cv1709(DLC);  23cv1712(DLC);
                                         23cv1713(DLC);  23cv1718(DLC);
                                         23cv1721(DLC);  23cv1725(DLC);
                                         23cv1727(DLC);  23cv1732(DLC);
                                         23cv1734(DLC);  23cv1736(DLC);
                                         23cv1737(DLC);  23cv1740(DLC);
                                         23cv1741(DLC);  23cv1742(DLC);
                                         23cv1743(DLC);  23cv1744(DLC);
                                         23cv1745(DLC);  23cv1748(DLC);
                                         23cv1750(DLC);  23cv2038(DLC);
                                         23cv2466(DLC);  23cv2607(DLC);
                                         23cv3825(DLC);  23cv3826(DLC);
                                         23cv3827(DLC);  23cv3828(DLC);
                                          23cv3831(DLC);  23cv4296(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

On May 30, 2023, Daily Harvest, Inc. ("Daily Harvest") submitted a letter seeking reconsideration of an Order dated March 22, 2023. The following day, Smirk's Ltd. ("Smirk's") submitted a letter opposing Daily Harvest's requests and identifying purported discovery violations by Daily Harvest.

Having reviewed the submissions, it is hereby

ORDERED that, pursuant to this Court's Individual Practices in Civil Cases, letters to the Court shall not exceed two (2) pages in length.

IT IS FURTHER ORDERED that a telephone conference to discuss Smirk's complaints regarding Daily Harvest's conduct in discovery shall be held on June 2, 2023 at 10:00 a.m.  The parties shall use the following dial-in credentials for the conference:

    Dial-in:        888-363-4749
    Access code:    4324948

The parties shall use a landline if one is available.


Dated:    New York, New York
          May 31, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge