```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JUSTIN ALBRIGHT, on behalf of his       :
daughter T.A. a minor,                  :
                                        :           22cv5987 (DLC)
                         Plaintiff,     :
               -v-                      :              ORDER
                                        :
DAILY HARVEST, INC., et al.,            :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 28, 2023, defendant Molinos Asociados SAC filed a motion to dismiss the third amended complaint and the third-party complaint of defendant Smirk's Ltd. under Fed. R. Civ. P. 12(b)(2). Accordingly, it is hereby

ORDERED that any opposition is due July 20, 2023. Any reply is due August 4. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 29, 2023

                                           _____
                                                   DENISE COTE
                                           United States District Judge