```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :   22cv5987(DLC);  23cv1607(DLC);
In re: Daily Harvest, Inc.       :   23cv1617(DLC);  23cv1620(DLC);
Products Liability Litigation    :   23cv1627(DLC);  23cv1633(DLC);
                                 :   23cv1640(DLC);  23cv1643(DLC);
-------------------------------- X   23cv1648(DLC);  23cv1649(DLC);
                                     23cv1651(DLC);  23cv1653(DLC);
                                     23cv1658(DLC);  23cv1659(DLC);
                                     23cv1660(DLC);  23cv1662(DLC);
                                     23cv1663(DLC);  23cv1664(DLC);
                                     23cv1666(DLC);  23cv1668(DLC);
                                     23cv1672(DLC);  23cv1673(DLC);
                                     23cv1681(DLC);  23cv1683(DLC);
                                     23cv1686(DLC);  23cv1688(DLC);
                                     23cv1692(DLC);  23cv1694(DLC);
                                     23cv1703(DLC);  23cv1705(DLC);
                                     23cv1709(DLC);  23cv1712(DLC);
                                     23cv1713(DLC);  23cv1718(DLC);
                                     23cv1721(DLC);  23cv1725(DLC);
                                     23cv1727(DLC);  23cv1732(DLC);
                                     23cv1734(DLC);  23cv1736(DLC);
                                     23cv1737(DLC);  23cv1740(DLC);
                                     23cv1741(DLC);  23cv1742(DLC);
                                     23cv1743(DLC);  23cv1744(DLC);
                                     23cv1745(DLC);  23cv1748(DLC);
                                     23cv1750(DLC);  23cv2038(DLC);
                                     23cv2466(DLC);  23cv2607(DLC);
                                     23cv3825(DLC);  23cv3826(DLC);
                                     23cv3827(DLC);  23cv3828(DLC);
                                      23cv3831(DLC);  23cv4296(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

On June 26, 2023, the plaintiff in the lead case in this litigation and the defendants who have filed answers in the litigation submitted a letter regarding a protocol for access to discovery for non-party claimants. Attached is a proposed order

setting out such a protocol.  It is hereby

ORDERED that the parties shall confer regarding the proposed order and shall, by July 7, file a joint letter indicating any proposed revisions.

Dated:   New York, New York
         June 29, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge