**Smirk's Ltd.**
17601 US Hwy 34
Fort Morgan CO  80701
USA

**Phone:** 970-762-0202    **Fax:** 877-682-1065

**INFO@SMIRKS.COM**

# PURCHASE ORDER

| | |
|---|---|
| Order No.: | 35301 |
| Order Date: | 11/30/2021 |
| Ship Date: | 01/16/2022 |
| Vendor Ref. No.: | |
| Page No.: | Page 1 of 2 |

## PAY TO
**MOLINOS ASOCIADOS S.A.C.**
Calle 2 Mz. N Lote 4 Coop. Las Vertientes Villa El Salvador

15842
PERU

## OUR SHIP TO
**Leach Logistics**
810 East Glendale Avenue
Sparks NV  89431
USA

## TOTAL DUE
$ ▇
by 01/16/2022

**Responsibility:** Dean Soicher
**Contact Name:** COMMERCIAL DEPT
**Terms:** CAD

**Ship Via:**
**Location:**

**Canceled**  No

| Item No. | Description | Quantity | UOM | Unit Price | Total |
|---|---|---|---|---|---|
| 1978 | TARA FLOUR ORGANIC (RAW) | 454.00 | 20KG | $ ▇ | $ ▇ |

INSIDE THE CONTAINER, PLEASE PACK A 5LB LOT SAMPLE IN A BOX MARKED SAMPLE SO OUR WAREHOUSE CAN PULL IT OUT UPON RECEIPT OF THE CONTAINER

PRODUCT DESCRIPTION- ORGANIC TARA FLOUR
COUNTRY OF ORIGIN- PERU
PRICE- $▇/KG
PACK SIZE- 20 KG
SHIP DATE- PROMPT
CFR: OAKLAND, CA

DOCUMENTS-BOL, ISF FORM, PHYTO, COMMERCIAL INVOICE, ORGANIC TRANSACTION CERT, PACKING LIST, COO, PICTURE OF LABEL, COA WITH FULL MICROS (SEE ATTACHED COA REQUIREMENTS)

CFR PLEASE LIST FREIGHT COST SEPARATELY ON COMMERCIAL INVOICE
TERMS-100% CAD- 5-7 DAYS BEFORE VESSEL ARRIVAL - TELEX RELEASE REQUIRED

COA TO INCLUDE TESTING BY IN HOUSE ACCREDITED/CERTIFIED LAB OR THIRD-PARTY CERTIFIED LAB. LOT NUMBER ON COA MUST MATCH THE LABELS ON THE PRODUCT. IF MORE THAN ONE LOT IS SHIPPED A COA IS NEEDED FOR EACH LOT. PLEASE REFER TO ATTACHED COA REQUIREMENTS. MUST MATCH DAILY HARVEST SPEC SHEET
Please email questions to QA@SMIRKS.COM – Payment will be made after QA signs off on COA

LABEL INSTRUCTIONS
PRODUCT NAME-
LOT NUMBER-
PRODUCTION DATE-
COUNTRY OF ORIGIN-
KOSHER SYMBOL-
NOP ORGANIC SYMBOL-
SUPPLIER NAME
IMPORTED BY
SMIRKS LTD
FORT MORGAN, CO 80701
WWW.SMIRKS.COM
LABEL SUBJECT TO PREAPPROVAL BY SMIRKS

Please work with Janet Chan from Kesco for ISF filing and shipping docs
CONSIGNEE
SMIRKS LTD
17601 US HWY 34
FORT MORGAN, CO 80701

Smirk's 000001

# Smirk's Ltd.

17601 US Hwy 34
Fort Morgan CO  80701
USA

**Phone:** 970-762-0202     **Fax:** 877-682-1065

**INFO@SMIRKS.COM**

# PURCHASE ORDER

| | |
|---|---|
| Order No.: | 35301 |
| Order Date: | 11/30/2021 |
| Ship Date: | 01/16/2022 |
| Vendor Ref. No.: | |
| Page No.: | Page  2  of  2 |

| Item No. | Description | Quantity | UOM | Unit Price | Total |
|---|---|---|---|---|---|
| 970-762-0202<br>FAX-877-682-1065<br>EIN# 26-1184291<br><br>NOTIFY PARTY<br>Janet Chan<br>Kesco Logistics Inc.<br>20 East Sunrise Hwy, Suite# 308<br>Valley Stream, NY 11581<br>Tel# 516-341-7310 Fax# 516-887-0752<br>Email: smirks@kescologistics.com | | | | | |

|  |  |  |
|---|---|---|
| Subtotal | $ | ■■■■■ |
| Shipping | | |
| **Total Order Value** | $ | ■■■■■ |

**Remarks:**    454 X 20 KGS OF ORGANIC TARA FLOUR

### ORDER TERMS AND CONDITIONS

1. Invoices must have the same prices, and terms or authorization for changes must be received in writing from Smirk's prior to shipping.
2. Goods not in accordance with specifications will be rejected and held at vendor's risk for disposal. Vendor must pay freight on all rejects.
3. We reserve the right to cancel all or part of this order if it is not delivered within the specified timeframe.
4. PO number must be referenced on all documents.
5. By accepting this order, the vendor guarantees that all merchandise shipped under this order complies with all the laws and regulations of the federal and state government.
6. Backorders that are less than a minimum freight shipment must be prepaid.
7. In the event of interruption to our business, in whole or in part, for reasons of fire, flood, wind storm, earthquake, war, strike, embargo, acts of God, governmental action, or any causes beyond our control, we reserve the right to cancel the undelivered part of this order.
8. Acceptance of this purchase order or shipment of any part of it constitutes an agreement to all of its specifications as to terms, delivery

Smirk's 000002