

# MOLINOS ASOCIADOS S.A.C.

Calle 2 Mz. N Lote 4 - Coop. Las Vertientes
Villa El Salvador - Lima - Perú
Telf.: (511) 719-4720 / (511) 719-4721

**R.U.C. 20515919768**

**FACTURA**
**COMMERCIAL INVOICE**

**E001-1446**

| **Consignatario:** (Consignee) | SMIRK'S LTD | **Consignment Number CN** | |
|---|---|---|---|
| **Dirección:** (Street address) | 17601 US HWY 34<br>FORT MORGAN, CO 80701<br>PHONE: 970-762-0202 | | |
| **Ciudad:** (City) | | | |
| **País:** (Country) | UNITED STATES | | |

| UNIDADES (UNITS) | DESCRIPCIÓN DETALLADA DE LOS ARTICULOS (COMPLETE DESCRIPTION OF GOODS) | VALOR UNITARIO (UNIT VALUE) | VALOR SUB TOTAL (SUBTOTAL VALUE) |
|---|---|---|---|
| 9,080.00 KG | ORGANIC TARA PROTEIN POWDER<br>454 PAPER BAGS WITH POLYETHYLENE BAG INSIDE<br>OF 20 KG NET EACH (20 PALLETS)<br>PURCHASE ORDER NO.: 35301<br>FDA REGISTRATION NUMBER: 15436634154<br>HS CODE 1106.10<br>9,080 KG NET WEIGHT<br>PAYMENT TERMS: 100% CAD<br>SWIFT INSTRUCTIONS: WE REQUIRE ALL INTERNATIONAL<br>TRANSFERS TO US TO BE MADE WITH THE "OUR"<br>INSTRUCTION.<br>COUNTRY OF ORIGIN OF GOODS: PERU<br><br>INSIDE THE CONTAINER, A SAMPLE LOT OF 2.27 KG OF ORGANIC TARA<br>PROTEIN POWDER IS SHIPPED IN A BOX MARKED AS A SAMPLE.<br><br>**BANKING DETAILS:**<br>BENEFICARY NAME:   MOLINOS ASOCIADOS S.A.C.<br>BANK:                       BANCO DE CREDITO DEL PERU<br>ADDRESS:                AV. LAS CAMELIAS 750<br>                                 SAN ISIDRO, L27 - LIMA - PERU<br>SWIFT CODE:           BCPLPEPL<br>ACCOUNT NUMBER: 191-2638112-1-05<br>PH:                             (511) 311-9500 | US$<br>CFR OAKLAND, CA<br>UNITED STATES | US$ |
| **TOTAL DE PIEZAS** (TOTAL PIECES) | | | |

RAZON DE EXPORTACION / REASON FOR EXPORTATION: COMERCIAL

PAIS DE ORIGEN DE LOS ARTICULOS ARRIBA DESCRITOS /
COUNTRY OF ORIGIN OF THE ABOVE DESCRIBED GOODEN: PERU

NOMBRE / NAME: KENNY GOMEZ

CARGO / TITLE: ADMINISTRATION MANAGER

FIRMA / SIGNATURE

FECHA / DATE: 04/01/2022

Kenny Gomez Casaverde
MOLINOS ASOCIADOS S.A.C.

| VALOR SUB TOTAL (SUBTOTAL VALUE) | US$ |
|---|---|
| VALOR TOTAL (TOTAL VALUE) | US$ |

PAGINA PAGE

DE / OF

"El presente documento es una adecuación a los usos del comercio internacional de la representación de la factura electrónica emitida del portal SOL de SUNAT, que se adjunta"

# PACKING AND WEIGHT LIST

**molinosasociados**

**PURCHASE ORDER N°:** 35301

**VESSEL:** MSC ANTONELLA V. FZ148A

**CLIENT:**
SMIRKS LTD
17601 US HWY 34
FORT MORGAN, CO 80701
USA

**LOT NUMBER:** GP-211003

| CONTAINER SEAL | PALLETS | BAGS | GOODS | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| TCLU 3397543<br>SEAL: 003CA011820<br>SEAL: LAA510411<br>SEAL: 0002541 | 20 | 454 | ORGANIC TARA PROTEIN POWDER<br>454 PAPER BAGS WITH POLYETHYLENE BAG INSIDE<br>OF 20 KG NET EACH (20 PALLETS)<br><br>INSIDE THE CONTAINER, A SAMPLE LOT OF 2.27 KG<br>OF ORGANIC TARA PROTEIN POWDER IS SHIPPED<br>IN A BOX MARKED AS A SAMPLE.<br><br>HS CODE 1106.10<br>INVOICE NO. E001-1446<br>FDA REGISTRATION NUMBER: 15436634154 | 9,690 KG | 9,080 KG |
|  | 20 | 454 |  | 9,690 KG | 9,080 KG |

Wednesday, 5 January 2022

Kenny Gomez Casaverde
MOLINOSASOCIADOS S.A.C.

     

Calle 2 Mz. N Lote 4 Cooperativa Las Vertientes
Villa El Salvador, Lima - Perú
Central: (511) 719-4721 / 719-4720 / 715-1939
www.molinosasociados.com

# BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| MOLINOS ASOCIADOS S.A.C.<br>RUC: 20515919768<br>CALLE 2 MZ. N LOTE 4 COOP. LAS VERTIENTES<br>VILLA EL SALVADOR 15842 LIMA - PERU<br>TEL.: (511) 719-4720   CP: KENNY GOMEZ<br>EMAIL: KGOMEZ@MASAC.PE | LIMB24338900 | IT2021647 |

| CONSIGNEE (COMPLETE NAME AND ADDRESS) | FORWARDING AGENT |
|---|---|
| SMIRKS LTD<br>17601 US HWY 34<br>FORT MORGAN, CO 80701<br>970-762-0202<br>FAX-877-682-1065<br>EIN# 26-1184291 | **ITAW GROUP**<br>ITAW CARGO S.A.C.<br>CAL.LAS GAVIOTAS NRO. 354 URB. SAN JOSE, CALLAO - BELLAVISTA<br>Telf.: (51)989440923<br>Email: sales@itaw-int.com |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| JANET CHAN<br>KESCO LOGISTICS INC.<br>20 EAST SUNRISE HWY, SUITE# 308<br>VALLEY STREAM, NY 11581<br>TEL# 516-341-7310   FAX# 516-887-0752<br>EMAIL: SMIRKS@KESCOLOGISTICS.COM | Sobel Network Shipping Co., Inc<br>100 North Centre Avenue Suite #302<br>Rockville Centre, NY 11570<br><br>UNITED STATES-NEW YORK |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | | |
|---|---|---|---|
| MSC ANTONELLA V. FZ148A | CALLAO, PERU | | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | | |
| MSC ANTONELLA V. FZ148A | CALLAO, PERU | | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS | |
| OAKLAND, UNITED STATES | OAKLAND, UNITED STATES | THREE | |

PARTICULARS FURNISHED BY SHIPPER

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M<br><br>TCLU3397543<br>SEAL: 003CA011820<br>SEAL: LAA510411<br>SEAL: 0002541 | 20<br>PALLETS | ORGANIC TARA PROTEIN POWDER<br>454 PAPER BAGS WITH POLYETHYLENE BAG INSIDE<br>OF 20 KG NET EACH (20 PALLETS)<br>PURCHASE ORDER NO.: 35301<br>FDA REGISTRATION NUMBER: 15436634154<br>HS CODE 1106.10<br>9,080 KG NET WEIGHT<br>INSIDE THE CONTAINER, A SAMPLE LOT OF 2.27 KG<br>OF ORGANIC<br>TARA PROTEIN POWDER IS SHIPPED IN A BOX<br>MARKED AS A SAMPLE.<br>FCL/FCL<br>FREIGHT PREPAID<br>SHIPPED ON BOARD | 9,690.00 KG | 22.500 CBM |

The declared value of the GOODS is $
If the MERCHANT enters the actual value of the GOODS and pays the applicable ad valorem rate, the CARRIER'S PACKAGE limitation will apply See, Cl.26 on the reverse side

| FREIGHT & CHARGES | RATE | PREPAID | COLLECT |
|---|---|---|---|
| | | TOTAL | TOTAL |

As Agent for

By: ITAW CARGO S.A.C.   Date: 16/01/2022

| United States - Peru Trade Promotion Agreement **CERTIFICATE OF ORIGEN** | | | | Acuerdo de Promoción Comercial Perú - Estados Unidos **CERTIFICADO DE ORIGEN** | | | |
|---|---|---|---|---|---|---|---|

| 1 Exporter's Name, Address, Telephone and e-mail: Nombre o Razón Social, dirección, teléfono y correo electrónico del exportador<br>MOLINOS ASOCIADOS S.A.C.<br>RUC: 20515919766<br>CALLE 2 MZ. N LOTE 4 COOP. LAS VERTIENTES<br>VILLA EL SALVADOR 15842 - LIMA - PERU<br>TEL.: (511) 719-4720<br>CP: KENNY GOMEZ<br>EMAIL: KGOMEZ@MASAC.PE | 2 Blanket Period:<br>Período que cubre: | | | | | | |
|---|---|---|---|---|---|---|---|
| | | D | M | Y-A | | D | M | Y-A |
| | From<br>De | 21 | 01 | 2022 | To<br>A | 21 | 01 | 2023 |

| 3 Producer's Name, Address, Telephone and e-mail:<br>Nombre o Razón Social, dirección, teléfono y correo electrónico del productor<br>MOLINOS ASOCIADOS S.A.C.<br>RUC: 20515919766<br>CALLE 2 MZ. N LOTE 4 COOP. LAS VERTIENTES<br>VILLA EL SALVADOR 15842 - LIMA - PERU<br>TEL.: (511) 719-4720<br>CP: KENNY GOMEZ<br>EMAIL: KGOMEZ@MASAC.PE | 4 Importer's Name, Address, Telephone and e-mail:<br>Nombre o Razón Social, dirección, teléfono y correo electrónico del importador<br>SMIRKS LTD<br>17601 US HWY 34<br>FORT MORGAN, CO 80701<br>PHONE: 970-762-0202<br>FAX: 877-682-1065<br>EIN# 26-1164291<br>April A. Hess<br>april@smirks.com |
|---|---|

| 5 Description of Good(s) - Descripción del (los) bien (es) | 6 HS Tariff Classification<br>Clasificación Arancelaria | 7 Preference Criterion<br>Criterio para trato preferencial | 8 Number and date of Invoices<br>Número y fecha de facturas | 9 Country of origin<br>País de origen |
|---|---|---|---|---|
| ORGANIC TARA PROTEIN POWDER<br>454 PAPER BAGS WITH POLYETHYLENE BAG INSIDE<br>OF 20 KG NET EACH (20 PALLETS)<br>9,080 KG NET WEIGHT | 1106.10 | 4.1(a) | E001-1446<br>04-01-2022 | PE |

10
I certify that:
- The information on this document is true and accurate and I assume the responsability for proving such representations. I understand that I am liable for any false statements or material omissions made on or in connection with this document;

- I agree to maintain, and present upon request, documentation necessary to support this Certificate, and to inform, in writing, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate;

- The goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the United States-Peru Free Trade Agreement, and unless specifically exempted in Article 4.13 of Annex 4.1, there has been no further production or any other operation outside the territories of the Parties; and

Declaro bajo juramento que:
- La información contenida en este documento es verdadera y exacta y me hago responsable de comprobar lo aquí declarado. Estoy consciente que seré responsable por cualquier declaración falsa u omisión hecha en o relacionada con el presente documento.

- Me comprometo a conservar y presentar, en caso de ser requerido, los documentos necesarios que respalden el contenido del presente certificado, así como a notificar por escrito a todas las personas a quienes entregue el presente certificado, de cualquier cambio que pudiera afectar la exactitud o validez del mismo.

- Los bienes son originarios del territorio de una o ambas Partes y cumplen con todos los requisitos de origen que les son aplicables conforme al Tratado de Libre Comercio Perú-Estados Unidos, no han sido objeto de procesamiento ulterior o de cualquier otra operación fuera de los territorios de las Partes; salvo en los casos permitidos en el Artículo 4.13 o en el Anexo 4.1.

This Certificate consists of _____ pages, including all attachments
Este Certificado se compone de __1__ hojas incluyendo todos sus anexos.

| Authorized Signature - Firma autorizada<br>*[signature]* Kenny Gomez Casaverde<br>MOLINOS ASOCIADOS S.A.C. | Company – Empresa<br>MOLINOS ASOCIADOS S.A.C. |
|---|---|
| Name – Nombre<br>KENNY GOMEZ CASAVERDE | Title – Cargo<br>EXPORT MANAGER – JEFE DE EXPORTACIONES |
| Date - Fecha  D 21  M 01  Y-A 2022  Telephone – Teléfono (511) 719-4721 Annex 21 | FAX – Fax (511) 719-4721 Annex 21 |

11 The *Lima Chamber of Commerce*
certifies that ..........................................
    MOLINOS ASOCIADOS S.A.C.
is legally established in Peru.
Lima (Peru), *January 24, 2022*
Without a judgement of the document content

*Cámara de Comercio de Lima*
*[signature]*
ESMERALDA CHAVESTA LLONTOP
Centro de Certificaciones

# TRANSACTION CERTIFICATE

| 1. Body issuing the certificate (name and address) | 2. Number of certificate |
|---|---|
| BIO LATINA S.A.C.<br>Av. Faustino Sánchez Carrión 790, Magdalena del Mar 15076,<br>Smart Oficinas Boutique, Oficina 1811,<br>Lima 17, Perú Phone: +51 988334306<br>E-mail: central@biolatina.com | PER / FD2 / 009 / MOL / 001 - 100122 |

| 3. Exporter of the product (name and address) | 4. Control body[1] (name and address) |
|---|---|
| MOLINOS ASOCIADOS S.A.C.<br>Calle 2 Mz. N Lote 4 Coop. Las Vertientes Villa El Salvador<br>15842 Lima - Peru | BIO LATINA S.A.C.<br>Av. Faustino Sánchez Carrión 790, Magdalena del Mar -15076,<br>Smart Oficinas Boutique, Oficina 1811,<br>Lima 17, Perú Phone: +51 988334306<br>E-mail: central@biolatina.com |

| 5. Producer or processor of the product[2] (name and address) | 6. Country of dispatch |
|---|---|
| MOLINOS ASOCIADOS S.A.C.<br>Calle 2 Mz. N Lote 4 Coop. Las Vertientes Villa El Salvador<br>15842 Lima - Peru | Perú |

| 7. Consignee of the product (name and address) | 8. Country of destination |
|---|---|
| SMIRKS LTD.<br>17601 US HWY 34<br>FORT MORGAN, CO 80701<br>USA<br>PHONE: 970-762-0202<br>FAX: 877-682-1065<br>INFO@SMIRKS.COM | Usa |
| | 9. Importer of the product (name and address)[3] |
| | SMIRKS LTD.<br>17601 US HWY 34<br>FORT MORGAN, CO 80701<br>USA<br>PHONE: 970-762-0202<br>FAX: 877-682-1065<br>INFO@SMIRKS.COM |

### 10. Marks and numbers, Container N°(s), Number and Kind Trade name of the product

| | | 11. Gross mass (kg) |
|---|---|---|
| Description of Product | PROTEÍNA DE TARA ORGÁNICA EN POLVO / ORGANIC TARA PROTEIN POWDER. | 9,690.00 |
| Lot Number | GP-211003 | |
| Invoice | E001-1446 | 12. Net mass (kg) |
| Contract | N/A | |
| Crop | 2021 | 9,080.00 |
| Container N°(s) | TCLU3397543 | |
| Seal | 003CA011820 / LAA510411 - 0002541 | 13. Alternative units[4] |
| Bill of Lading | IT2021680 | **454 BOLSAS DE PAPEL CON POLIETILENO** |
| Vessel | MSC ANTONELLA V.- FZ148A | |

### 14. Declaration of the body issuing the certificate
Hereby we certify that the products mentioned above have been obtained in accordance with these regulations:

| Other Regulations and Rules | Yes | No | Remark |
|---|---|---|---|
| BIO LATINA / CEE | ☒ | ☐ | |
| NOP-USDA | ☒ | ☐ | |
| NATIONAL* | ☒ | ☐ | |
| COR (Canada Organic) | ☒ | ☐ | "Certified in accordance with the terms of the US-Canada Organic Equivalency Arrangement" |

* Regulations of the country indicated in box 6

### 15. Additional Declaration
This is to certify that the products designate above have been obtained in accordance with rules of production and inspection of the organic production method declared in box 14 (marked with "yes"), as set out and monitored by the control body mentioned in box 4.

### 16. Place and Date of issue of the certificate:
Lima, Perú – January 06, 2021

*[signature]*

Name and signature of authorized person
Jorge Torres Alfonso
General Manager

*[Stamp of the issuing body: BIO LATINA CERTIFICADORA]*

---

[1] Box4: Control body for monitoring compliance with the rules on organic production methods.
[2] Box5: The firm which carried out the last operation (processing, packaging, labelling) on the batch.
[3] Box9: The address of the firm where the batch will be delivered, if different from the address in box 7.
[4] Box13: e.g. volume in litres in case of liquids, to be given, where appropriate, in supplement to the declaration in boxes 11 and 12.

Confidential    DH_00000365

## 10 + 2 DETAILS - IMPORTER SECURITY FILING (ISF) WORKSHEET

| | | |
|---|---|---|
| | CARRIER: | ONE Shipping Line |
| | CARRIERS BOOKING NO. | LIMB24338900 |
| | MOTHER VESSEL: | |
| | ETD: | January 16, 2022 |
| | ETA: | February 17, 2022 |
| | Container # | |
| | CTN QNTY and CBM | 9,690.00 KG // 22.500 CBM |
| | H B/L NO. | IT2021647 |
| | M B/L NO. | ONEYLIMB24338900 |
| | SCAC Code | ONEY |
| 1 | Manufacturer name and address: | MOLINOS ASOCIADOS S.A.C. |
| | | RUC: 20515919768 |
| | | CALLE 2 MZ. N LOTE 4 COOP. LAS VERTIENTES VILLA EL SALVADOR 15842 LIMA - PERU |
| 2 | Seller name and address | MOLINOS ASOCIADOS S.A.C. |
| | | RUC: 20515919768 |
| | | CALLE 2 MZ. N LOTE 4 COOP. LAS VERTIENTES VILLA EL SALVADOR 15842 LIMA - PERU |
| 3 | Consolidator name and address | |
| 4 | Container stuffing location | |
| 5 | **Buyers name and address** | |
| 6 | **Delivery location \*\*** | |
| 7 | **Importer Number** | |
| 8 | **Consignee Number** | |
| 9 | Country of Origin | PERU |
| 10 | Harmonized Tariff Schedule Number | 1106.10 |
| 11 | Vessel Stow Plan | |
| 12 | Container Status | |



**Smirk's Ltd.**
17601 US Hwy 34
Fort Morgan CO  80701
USA

Phone: 970-762-0202   Fax: 877-682-1065

INFO@SMIRKS.COM

# PURCHASE ORDER

| | |
|---|---|
| Order No.: | 35301 |
| Order Date: | 11/30/2021 |
| Ship Date: | 11/30/2021 |
| Vendor Ref. No.: | |
| Page No.: | Page 1 of 2 |

| PAY TO | OUR SHIP TO | TOTAL DUE |
|---|---|---|
| MOLINOS ASOCIADOS S.A.C. | Leach Logistics | |
| Calle 2 Mz. N Lote 4 Coop. Las Vertientes Villa El Salvador | 640 East Glendale Avenue | |
| | Sparks NV  89431 | by 11/30/2021 |
| 15842 | USA | |
| PERU | | |

| | | | | |
|---|---|---|---|---|
| Responsibility: | Dean Solcher | Ship Via: | Canceled | No |
| Contact Name: | COMMERCIAL DEPT | Location: | | |
| Terms: | CAD | | | |

| Item No. | Description | Quantity | UOM | Unit Price | Total |
|---|---|---|---|---|---|
| 1978 | TARA FLOUR ORGANIC (RAW) | 454.00 | 20KG | | |

INSIDE THE CONTAINER, PLEASE PACK A 5LB LOT SAMPLE IN A BOX MARKED SAMPLE SO OUR WAREHOUSE CAN PULL IT OUT UPON RECEIPT OF THE CONTAINER

PRODUCT DESCRIPTION- ORGANIC TARA FLOUR
COUNTRY OF ORIGIN- PERU
PRICE-
PACK SIZE- 20 KG
SHIP DATE- PROMPT
CFR: OAKLAND, CA

DOCUMENTS-BOL, ISF FORM, PHYTO, COMMERCIAL INVOICE, ORGANIC TRANSACTION CERT, PACKING LIST, COO, PICTURE OF LABEL, COA WITH FULL MICROS (SEE ATTACHED COA REQUIREMENTS)

CFR PLEASE LIST FREIGHT COST SEPARATELY ON COMMERCIAL INVOICE
TERMS-100% CAD- 5-7 DAYS BEFORE VESSEL ARRIVAL - TELEX RELEASE REQUIRED

COA TO INCLUDE TESTING BY IN HOUSE ACCREDITED/CERTIFIED LAB OR THIRD-PARTY CERTIFIED LAB. LOT NUMBER ON COA MUST MATCH THE LABELS ON THE PRODUCT. IF MORE THAN ONE LOT IS SHIPPED A COA IS NEEDED FOR EACH LOT. PLEASE REFER TO ATTACHED COA REQUIREMENTS. MUST MATCH DAILY HARVEST SPEC SHEET
Please email questions to QA@SMIRKS.COM – Payment will be made after QA signs off on COA

LABEL INSTRUCTIONS
PRODUCT NAME-
LOT NUMBER-
PRODUCTION DATE-
COUNTRY OF ORIGIN-
KOSHER SYMBOL-
NOP ORGANIC SYMBOL-
SUPPLIER NAME
IMPORTED BY
SMIRKS LTD
FORT MORGAN, CO 80701
WWW.SMIRKS.COM
LABEL SUBJECT TO PREAPPROVAL BY SMIRKS

Please work with Janet Chan from Kesco for ISF filing and shipping docs
CONSIGNEE

WWW.SMIRKS.COM

SCANNED
APR 20 2022

| Customer: | Smirks | | Cool | | |
|---|---|---|---|---|---|
| Project: REF#35301 | | | Ambient | X | |
| Shipper: Molinos Asociados S.A.C | | | Organic | X | |
| 4/20/2022 | | | Conventional | | |
| Inbound Lot# | | | New Lot# | | Item# |
| GP-211003 | | | 4202201 | | 1978 |
| | | | | | |
| Shipper showed shipping | Pallets | 1 | 36 | Pieces | |
| Item Descrition and Item# | Pieces per Pallet | Pallets | Total pieces | New Lot# | Location |
| Tara Protein Flour Organic (Raw) | 24 | 14 | 336 | 4202201 | 05L05501 |
| Item#1978 | 20 | 4 | 80 | 4202201 | 05L05501 |
| | 19 | 2 | 38 | 4202201 | 05L05501 |
| | | | | | |
| | | | | | |
| | | 20 | 454 | | |
| Item Number | Unit Weight | | | | |
| Item#1978 | 44.09 lbs. each | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



INBOUND NOTIFICATION
FROM SMIRK'S LTD

SMIRK'S LTD
17601 US HIGHWAY 34
FORT MORGAN, CO 80701

TEL: (970) 762-0202
FAX: (877) 682-1065

DATE: March 03, 2022
TO: Inbound Warehouse
FROM: Angela Cepeda

SHIPPER: MOLINOS ASOCIADOS S.A.C.
REFERENCE: 35301
CONTAINER: TCLU 3397543
ARRIVAL: ON OR AFTER 03/03/2022

**PLEASE TRANSFER INTO THE ACCOUNT OF SMIRK'S LTD THE FOLLOWING:**

454 X 20KG BAGS OF TARA PROTEIN FLOUR ORGANIC (RAW)
LOT: GP-211003
ITEM: 1978

PALLETIZED
PLEASE STACK GRADE A PALLETS WITH PALLET TRAYS & PALLET CAPS
- PLACE IN ambient STORAGE
- Hold in Building 50
- Provide pictures of the label and packaging for each lot received
- Please verify if a sample arrives and provide the weight
- Please provide the weight of a single case and weight of a full pallet
- Measurement of the height of the full pallet

Thanks,
Angela Cepeda

*New Lot# 420220*

*14 g 24*
*4 g 20*  } *20 plts 454 Bags*
*2 g 19*

Confidential    DH_00000369



| ☐ West Sacramento:<br>P.O. Box 980160<br>West Sacramento<br>California 95798-0160<br>(916) 371-4430<br>Fax (916) 371-0355 | ☐ Lathrop:<br>10842 S. Harlan Rd.<br>French Camp<br>California 95231<br>(800) 371-4430<br>Fax (916) 371-0355<br>U.S. DOT #0118022 | ☐ Fresno:<br>2525 E. Malaga Ave<br>Fresno<br>California 93725<br>(559) 486-7440<br>Fax (559) 486-1707 | ☐ Reno:<br>250 Vista Blvd #104<br>Sparks<br>Nevada 89434<br>(775) 356-7771<br>Fax (775) 356-7311 |

**DEVINE INTERMODAL**

ORDER # 301937

DATE: 9-20-22    TRUCK NO:

NAME (PRINT FIRST & LAST NAME): Terry

PICK UP (NAME & CITY): Devine Intermodal
DELIVER TO (NAME & CITY): Loadit Logistics, Sparks
DESCRIPTION & COMMENTS:

CONTAINER/TRAILER NO:
CHASSIS NO:
S/S LINE/RAIL:
SHIPPER NO:
BOOKING NO./BILL OF LADING NO:
VESSEL:
SEAL NO:
CONTAINER SIZE:

LIMITATION OF LIABILITY: Unless a greater value is declared herein and by written notification, the Shipper agrees and declares that the value of the property is released to a value not exceeding $2.60 per pound, per article, per package subject to a maximum value of $100,000 per shipment. By declaring a higher value below, Shipper elects to increase Carrier's liability to said higher value. DECLARED VALUE $_____. If Shipper elects a value exceeding the above limits, Carrier's rates will increase according to its tariff, and other provisions of tariff will be incorporated herein by reference.

Signature of company representative verifies receipt of cargo, trailer and/or container in good condition with seal intact except as noted. In the event of loss, theft or damage to equipment, consignee agrees to pay carrier the actual cost of such repair or replacement.

BY CONSIGNEE
PRINT NAME
X SIGNATURE
DATE

CIRCLE ONE: LOAD / EMPTY / BOB
WEIGHT:   PCS:
APPOINTMENT TIME: 9am ☐AM ☐PM
ARRIVED: 9am ☐AM ☐PM
START: 9am ☐AM ☐PM
FINISH: 9:40 ☐AM ☐PM

CONSIGNEE

REORDER FROM PIP PRINTING 916-372-7177    DI-810 (REV 10-14)