Message

| | |
|---|---|
| **From:** | Walter Mollinedo [wmollinedo@masac.pe] |
| on behalf of | Walter Mollinedo <wmollinedo@masac.pe> [wmollinedo@masac.pe] |
| **Sent:** | 2/24/2022 9:33:16 PM |
| **To:** | sandra.ferry@dhl.com |
| **CC:** | 'Dean Soicher' [dean@smirks.com]; htp@masac.pe; 'Danitza Fernandez \(DHL PE\)' [Danitza.Fernandez@dhl.com]; amna@daily-harvest.com; julie.weiss@daily-harvest.com |
| **Subject:** | DHL EXPRESS - AWB N° 8331427252 |
| **Attachments:** | SMIRKS LTD. - PO NO. 36059 - INVOICE NO. E001-1486.pdf; SMIRKS LTD. - PO NO. 36059 - WAYBILL.pdf; SMIRKS LTD. - PO NO. 36059 - CERTIFICATE OF ORIGIN.pdf; SMIRKS LTD. - PO NO. 36059 - PACKING LIST.pdf; SMIRKS LTD. - PO NO. 36059 -CERTIFICATE OF ANALYSIS.pdf; SMIRKS LTD. - PO NO. 36059 - TRANSACTION CERTIFICATE.pdf; Power_of_Attorney_POA.pdf; STATEMENT__INTENDED_USE_SAMPLE_LETTER.pdf |
| **Importance:** | High |

Dear Sandra,

I am writing to put you in contact with Smirks, who is the importer of the shipment in reference.

Could you please explain in more detail to Mr. Dean Soicher in cc, about the process of filling out the POA and other documentation required to initiate the release process? From our side, as the shipper, we are submitting the corresponding shipping documents.

Thank you in advance.

All the best,



**Walter Mollinedo Quispe**
**Commercial Department**
☎ (511)7194720-7194721-7151939 Anexo 21
📱 RPC: +51 991913280 / 965773999
✉ wmollinedo@masac.pe
🌐 www.molinosasociados.com

