| | |
|---|---|
| **From:** | Walter Mollinedo <wmollinedo@masac.pe> |
| **Sent:** | Wednesday, April 27, 2022 3:51 PM |
| **To:** | Helena Levinson |
| **Cc:** | Tara Hettinger; Tish Califf-Stark; Melissa Gresian; 'Herbert Telge'; Dean Soicher |
| **Subject:** | RE: Moving Forward |
| **Attachments:** | SMIRKS LTD. - PO NO.36588 - CERTIFICATE OF ANALYSIS.pdf; AN-00194981-ORGANIC TARA PROTEIN FLOUR.PDF |

Dear Helena,

I am enclosing the final COA, as well as the test report with the results.

Regards,



Walter Mollinedo Quispe
Commercial Department
☎ (511)7194720-7194721-7151939 Anexo 21
📱 RPC: +51 991913280 / 965773999
✉ wmollinedo@masac.pe
🌐 www.molinosasociados.com



**De:** Helena Levinson [mailto:helena@smirks.com]
**Enviado el:** miércoles, 27 de abril de 2022 13:01
**Para:** Walter Mollinedo <wmollinedo@masac.pe>
**CC:** Tara Hettinger <tara@smirks.com>; Tish Califf-Stark <tish@smirks.com>; Melissa Gresian <melissa@smirks.com>; Herbert Telge <htp@masac.pe>; Dean Soicher <dean@smirks.com>
**Asunto:** RE: Moving Forward

Dear Walter,

Hope you are well.

Friendly reminder, please send over the final COA.

Thank you!
**Best Regards,**
**Helena Levinson**

**From:** Herbert Telge <htp@masac.pe>
**Sent:** Friday, April 22, 2022 1:58 PM
**To:** Dean Soicher <dean@smirks.com>

**Cc:** Walter Mollinedo <wmollinedo@masac.pe>; Helena Levinson <helena@smirks.com>; Tara Hettinger <tara@smirks.com>; Tish Califf-Stark <tish@smirks.com>; Melissa Gresian <melissa@smirks.com>
**Subject:** Re: Moving Forward

Dear Dean,

This is great news!

Our organic plantation harvest season is from May to September. We will try to book as much as organic stocks for you as posible. Remember we also have pesticide free flour availability through all the year.

Walter will send other details requested.

Have a great weekend!

Best Regards,

Herbert Telge P.
Comercial Manager
Molinos Asociados SAC
+51 986 600 433

> On 22 Apr 2022, at 15:17, Dean Soicher <dean@smirks.com> wrote:
>
> Hello Walter and Herbert,
>
> Moving forward, we will need to create a new process for shipments as our customer is very particular about micros and we will need to have all testing done and confirmed by Smirk's QA BEFORE the product ships.
>
> Daily Harvest did accept the kill step validation, so we don't have to sterilize product, so we may bring future orders to the NY port. (to also save ocean transit time)
>
> Please let us know our new lead time and current transit times to the NY port. (please also remind us of the harvest season)
>
> Also, customer is testing air freight shipment, but we would like to have the COA for our records.
>
> Thank you and kind regards………….Dean

**From:** Walter Mollinedo <wmollinedo@masac.pe>
**Sent:** Friday, April 22, 2022 11:08 AM
**To:** Dean Soicher <dean@smirks.com>; Helena Levinson <helena@smirks.com>
**Cc:** htp@masac.pe
**Subject:** RE: awb 5826504132

Dear Dean,

We will receive the results of the external lab analysis next week, the final COA should be sent to you on Wednesday the 27th. I can request a reference COA from my quality department if necessary.

Warm Regards, Steven R.

**De:** Dean Soicher [mailto:dean@smirks.com]
**Enviado el:** viernes, 22 de abril de 2022 12:06
**Para:** Walter Mollinedo <wmollinedo@masac.pe>; Helena Levinson <helena@smirks.com>
**CC:** htp@masac.pe
**Asunto:** RE: awb 5826504132

Hello Walter,

Any chance that you have the COA yet for this DHL shipment?

Thank you and kind regards…………..Dean

**From:** Walter Mollinedo <wmollinedo@masac.pe>
**Sent:** Thursday, April 21, 2022 10:04 AM
**To:** Helena Levinson <helena@smirks.com>
**Cc:** Dean Soicher <dean@smirks.com>; htp@masac.pe
**Subject:** RE: awb 5826504132

Dear Helena,

Good morning.

I have just been informed that the shipment is finally in delivery today, my agent will be confirming the delivery status to me later today.

All the best, Walter

**De:** Walter Mollinedo [mailto:wmollinedo@masac.pe]
**Enviado el:** miércoles, 20 de abril de 2022 15:33
**Para:** 'Helena Levinson' <helena@smirks.com>
**CC:** 'Dean Soicher' <dean@smirks.com>; 'htp@masac.pe' <htp@masac.pe>
**Asunto:** RE: awb 5826504132

Dear Helena,

Our local DHL agent just informed us that their team in the USA is in contact with you for delivery within approximately 24 hours, as special air freight is required on the airline due to the dimensions and weight of the shipment, which amounts to about 593 kilos. They assure that the delivery of the shipment will be effective before Friday.

I will let you know if there is any further update.

Best, Walter

**De:** Helena Levinson [mailto:helena@smirks.com]
**Enviado el:** miércoles, 20 de abril de 2022 11:55
**Para:** wmollinedo@masac.pe
**CC:** Dean Soicher <dean@smirks.com>; htp@masac.pe
**Asunto:** FW: awb 5826504132

Hello Walter,

Please see below email response. This shipment has already missed today's flights/connections. DHL told me they were contacting Cincinnati Hub and would get a confirmation of a scheduled departure for either last night or this morning - this shipment continues to be held (pushing out to another day).

FYI: We were initially told this shipment was going to deliver on Monday 4/18.

**Best Regards,**
**Helena Levinson**

**From:** Lavonne Meeks (DHL US) <lavonne.meeks@dhl.com>
**Sent:** Wednesday, April 20, 2022 9:27 AM
**To:** Helena Levinson <helena@smirks.com>
**Cc:** US CS Documents <uscsdocuments@dhl.com>
**Subject:** awb 5826504132

> You don't often get email from lavonne.meeks@dhl.com. Learn why this is important

Smirk's0002728

Dear Helena,

I hope that you are having a great day, I'm following up with you concerning the trace that's been opened up on your shipment. At this time, the station has responded back that your shipment will be schedule for departure from the CVG HUB to arrive to the local station. Please continue to monitor at mydhl.com for further updates . I will follow up being no later than NEXT BUSINESS DAY by 5PM, MST. I apologize for any inconvenience this may have caused you. If you have any questions before we contact you again, please feel free to call us at 877-297-6031. Regards,

**Please be advised that this Request will be closed if the following checkpoints are applied to a shipment: Arrived at Facility, Clearance Released, Departed Facility, With Courier or Delivered. Thank you for choosing DHL, Best Regards**

**Lavonne Meeks**
Backline Customer Care Advisor

**DHL Express USA**
1910 West Rio Salado Parkway
Tempe, AZ. 85281
 Phone # 1-877-297-6031

<image001.gif>

This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use,  dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.

**Go*GREEN*– Climate Protection with DHL**
Please consider your environmental responsibility before printing this E-Mail

CONFIDENTIALITY NOTICE: This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
<Specification 2022.04.22 12.31.pdf>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Smirk's0002730