

MOLINOS ASOCIADOS S.A.C.



# NUTRITIONAL & IMMUNOLOGICAL VALUE OF TARA SEED GERM PROTEIN



Smirk's000105



INVESTIGATION IN COOPERATION WITH:

UNIVERSIDAD PERUANA
**CAYETANO HEREDIA**
LIMA, PERÚ.

Certified
**Laboratories**
CALIFORNIA, USA.

Innóvate Perú

Smirk's000106



# About:

# Tara Seed Germ Protein



# Tara Derivatives and Process





 USDA ORGANIC

**Pesticides Free**



**Endosperm**



**Tara Gum**



**Tara in Pod**

**Tara Seed**



**Tara Germ**





**Tara Seed Germ Protein**



## Mechanical

**Process**




Baked

400 ° C
10 – 15 seconds

Smirk's000108



# +45%

## protein

organic

plant-based protein

vegan

gluten free

non gmo

superfood

| MACRONUTRIENTS | Tara Seed Germ Protein |
|---|---|
| PROTEIN | 45.26 ± 0.29 |
| CARBOHYDRATES | 30.67 ± 0.28 |
| CRUDE FIBER | 4.46 ± 0.19 |
| FATS | 13.17 ± 0.09 |
| ASH | 6.44 ± 0.02 |



molinos asociados

Smirk's000109

| | % |
|---|---|
| **PROTEIN** | 47.34 |
| **ESSENTIAL AMINO ACIDS** | |
| HISTIDINE | 1.18 |
| ISOLEUCINE | 1.54 |
| LEUCINE | 3.19 |
| VALINE | 1.82 |
| LYSINE | 2.00 |
| METHIONINE | 0.79 |
| PHENYLALANINE | 1.85 |
| THREONINE | 1.62 |
| TRYPTOPHAN | 0.80 |
| **NON - ESSENTIAL AMINO ACIDS** | |
| ASPARTIC ACID | 4.08 |
| GLUTAMIC ACID | 11.62 |
| SERINE | 1.92 |
| ARGININE | 6.60 |
| GLYCINE | 2.08 |
| ALANINE | 1.96 |
| PROLINE | 2.10 |
| CYSTEIN | 0.81 |
| TYROSINE | 1.37 |



Source: Suárez López, M. M., Kizlansky, A., & López, L. B.. (2006). Evaluación de la calidad de las proteínas en los alimentos calculando el escore de aminoácidos corregido por digestibilidad. Nutrición Hospitalaria, 21(1), 47-51. Recuperado en 31 de marzo de 2021, de http://scielo.isciii.es/scielo.php?script=sci_arttext&pid=S0212-16112006000100009&lng=es&tlng=es.

THE PROTEIN QUALITY RANKINGS ARE DETERMINED BY COMPARING THE AMINO ACID PROFILE OF THE SPECIFIC FOOD PROTEIN AGAINST A STANDARD AMINO ACID PROFILE WITH THE HIGHEST POSSIBLE SCORE BEING A 1.0.

TARA PROTEIN HAS ALL THE ESSENTIAL AMINO ACIDS IS A COMPLETE PROTEIN



# TOTAL POLYPHENOLS COMPARISON

(mg EAG / 100g sample)

| SAMPLE | TOTAL POLYPHENOLS |
|---|---|
| GRAPE PULP | 117.10 |
| AÇAÍ PULP | 136.80 |
| STRAWBERRY PULP | 132.10 |
| MANGO PULP | 544.90 |
| TARA SEED GERM PROTEIN | 2378 |

# ANTIOXIDANT CAPACITY COMPARISON

(mg FRAP / 100g sample)

| SAMPLE | ANTIOXIDANT CAPACITY |
|---|---|
| GRAPE PULP | 352.15 |
| AÇAÍ PULP | 342.89 |
| STRAWBERRY PULP | 1492 |
| MANGO PUPL | 483.31 |
| TOMATO | 1401 |
| TARA SEED GERM PROTEIN | 1613 |



# NUTRITION
# EXPERIMENTAL

Smirk's000112

# EXPERIMENTAL  DESIGN

## CONTROL GROUP

Balanced Meal during 6 weeks



## PD1 TREATMENT

0,25 g of Tara Protein Seed Germ
+ Balanced Meal during 6 weeks



## PD2 TREATMENT

0,50 g of Tara Protein Seed Germ
+ Balanced Meal during 6 weeks









Smirk's000113





# RESULTS

| TISSUE | Control n=12 | PD1 n=12 | PD2 n=12 |
|---|---|---|---|
| **NO APPARENT INJURIES** | | | |
| Liver | 100% | 100% | 100% |
| Kidney | 100% | 100% | 100% |
| **WITH LIGHT INJURIES** | | | |
| Liver | 0% | 0% | 0% |
| Kidney | 0% | 0% | 0% |
| **WITH MODERATE INJURIES** | | | |
| Liver | 0% | 0% | 0% |
| Kidney | 0% | 0% | 0% |

After 6 weeks of investigation the University analyzed the liver and the kidney of all rats.

The autopsies of the livers and of the kidneys demonstrated that there is no different between the Control Group and the Treatments PD1 (0,25g daily intake of Tara Protein Seed Germ) and PD2 (0,50g daily intake of Tara Protein Seed Germ) in that way **_we can conclude that Tara Protein Seed Germ is non toxic._**

Important information: All rats, 36 in total, were alive until the end of the investigation, *cero deaths were reported*

**MORE HEALTH INDICATORS WERE EVALUATED**

Smirk's000114

# WEIGHT

## AVERAGE WEIGHT OF ANIMAL
(g)

| WEEKS | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| CONTROL | 163,33 | 206,50 | 248,67 | 282,58 | 312,83 | 340,17 | 345,58 |
| PD1 | 176,92 | 216,67 | 257,08 | 279,50 | 312,67 | 340,50 | 352,00 |
| PD2 | 196,92 | 230,58 | 269,50 | 295,42 | 320,58 | 338,67 | 348,25 |

## GAIN WEIGHT OF ANIMAL
(%)



| CONTROL GROUP | PD1 | PD2 |
|---|---|---|
| + 111,6% | + 99% | + 76,9% |

All the Experimental Groups gain weight after the 6 month of the investigation

PD1 and PD2 showed better performance in Health Indicators – See next results

# RED BLOOD CELLS

# HEMO GLOBIN

# HEMA TOCRIT

ALL THE PROTOTYPES SHOW BETTER RESULTS RESPECT CONTROL GROUP

THE RODENTS HAVE BETTER OXIGENATION WITH THE COMSUMPTION OF PROTOTYPES

|  | CONTROL | P2 | P1 |
|---|---|---|---|
| RBC (10^6/uL) | 7.97 ± 0.23 | 8.14 ± 0.33 | 8.0 ± 0.32 |
| HGB (g/dL) | 14.97 ± 0.49 | 15.40 ± 0.49 | 15.13 ± 0.48 |
| HCT (%) | 44 ± 1.65 | 46.4 ± 1.10 | 45.55 ± 1.22 |

Smirk's000116



# WHITE BLOOD CELLS

## Tara Seed Germ Protein

**ALL THE PROTOTYPES SHOW AN INCREASE OF GRANULOCYTES RESPECT CONTROL GROUP**

**THIS COULD EXPLAIN IMPROVEMENT OF IMMUNOLOGICAL CAPACITY.**

|  | Control | P2 | P1 |
|---|---|---|---|
| **WBC (10^3/uL)** | 4.45 ± 1.65 | 3.98 ± 0.95 | 3.61 ± 1.26 |
| **Lymph (10^3/uL)** | 2.8 ± 1 | 2.7 ± 0.35 | 2.25 ± 0.73 |
| **Mid-cells (10^3/uL)** | 0.45 ± 0.18 | 0.3 ± 0.1 | 0.3 ± 0.1 |
| **Gran (10^3/uL)** | 0.55 ± 0.27 | 0.84 ± 0.32 | 0.72 ± 0.14 |
| **Lymph (%)** | 72.46 ± 7.66 | 69.45 ± 5.83 | 70.08 ± 5.65 |
| **Mid-cell (%)** | 11.3 ± 2.13 | 9.39 ± 1.39 | 9.29 ± 1.10 |
| **Gran (%)** | 12.43 ± 4.72 | 21.16 ± 5.21* | 20.61 ± 5.46* |

Smirk's000117



**THE RODENTS ARE PREPARED FOR BLEEDING AND INFECTIONS**

**IN THE NORMAL VALUES RANGE OF PLATELETES IN ADULTS MALE RATS, ALL THE PROTOTYPES SHOW THE BEST RESULTS**

# PLATELETS

|  | PLT (10^3/uL) |
|---|---|
| **CONTROL** | 751 ± 59.5 |
| **P2** | 752 ± 65.5 |
| **P1** | 740 ± 25.25 |

**NORMAL VALUES RANGE OF PLATELETES IN ADULTS MALE RATS (10^3/ uL)**  **436 - 916**

REDVET. REVISTA ELECTRÓNICA DE VETERINARIA (2011)



# LIPID PROFILE

## ALL THE PROTOTYPES:

### INCREASE OF LDL-C
### REDUCE OF HDL-C
### TRIGLYCERIDES IN NORMAL RANGE

|  | CONTROL | P1 | P2 |
|---|---|---|---|
| **CHOLESTEROL (MG DL$^{-1}$)** | 63.81 ± 14.4 | 56.38 ± 3.97 | 52.91 ± 6.52* |
| **TRIGLYCERIDES (MG DL$^{-1}$)** | 35.5 ± 7.7 | 40.5 ± 6.55 | 32 ± 5 |
| **LDL-C (MG DL$^{-1}$)** | 27.91 ± 6.1 | 27.89 ± 3.01 | 26.85 ± 3.42 |
| **HDL-C (MG DL$^{-1}$)** | 46.84 ± 2.64 | 39.62 ± 1.51 | 41.29 ± 1.91 |
| **CHOLESTEROL/HDLC** | 1.43 ± 0.10 | 1.47 ± 0.08 | 1.33 ± 0.09 |
| **LDLC/ HDLC** | 0.65 ± 0.06 | 0.76 ± 0.07 | 0.66 ± 0.07 |
| **TG/HDLC** | 0.74 ± 0.07 | 0.92 ± 0.17 | 0.81 ± 0.13 |

**MAXIMUM TRIGLYCERIDES NORMAL VALUE (MG DL^-1): 69.02**

LIPIDIC, PROTEIC AND GLUCOSA PROFILE IN NMRI, C57BL/6 AND BALB/C MOUSE PRODUCTION IN UCLA (2008). GACETA DE CIENCIAS VETERINA      RIAS. VENEZUELA

Smirk's000119



# MURINOMETRIC PARAMETERS

| | CONTROL | PD1 | PD2 |
|---|---|---|---|
| **BASAL WEIGHT (g)** | 168 ± 7.5 | 181.5 ± 6.25* | 197 ± 20.25* |
| **FINAL WEIGHT (g)** | 350.5 ± 23.5 | 359 ± 18 | 341.5 ± 23.25 |
| **WEIGHT GAIN (g)** | 186 ± 19.75 | 174 ± 13.25 | 149 ± 12.75* |
| **TOTAL LENGTH** | 41.50 ± 0.33 | 41.39 ± 0.27 | 41.69 ± 0.21 |
| **NOSE-ANAL LENGTH** | 21.69 ± 0.23 | 22 ± 0.15 | 21.93 ± 0.21 |
| **TAIL LENGTH** | 19.82 ± 0.18 | 19.40 ± 0.15 | 19.76 ± 0.15 |
| **THORACIC CIRCUMFERENCE** | 12.98 ± 0.17 | 12.59 ± 0.14 | 12.94 ± 0.20 |
| **ABDOMINAL CIRCUMFERENCE** | 14.23 ± 0.33 | 14.175 ± 0.3 | 14.4 ± 0.56 |
| **TAIL DIAMETER** | 8.23 ± 0.32 | 8.55 ± 0.15 | 8.94 ± 0.22* |



Tara Protein Seed Germ

Lots sold to Smirks

Smirk's000121

# 1st MOMENT - EVALUATION

- You evaluated our product and aproved its performance
- We accepted Daily Harvest Specifications through Tracegains webpage
- You send to us the COA model
- Pending – the 3th party validation

# 2nd MOMENT - SALE

- We performed the 3th party validation
- Consider that we always have maintained the parameters of Baked Process: 400° C for 10 – 15 seconds, all lots have been produced in the same conditions, then we can guarantee the 5 log reduction of *Salmonella sp*

# 3th MOMENT - CLAIMS

- We sent to you samples of the sold lots.
- We analyzed them with Conformance Results

**SAMPLE**

Feb 24th 21

1 Kg

GP-210203

**SAMPLE**

Nov 12th 21

20 Kg

GP-211002

To StoneGates

**2nd SALE**

Feb 14th 22

460 Kg

GP-211211

**SAMPLE**

Jun 24th 22

0,150 Kg

GP-211003

**SAMPLE**

Jun 24th 22

0,150 Kg

GP-220401

        

**SAMPLE**

Nov 11th 21

1 Kg

GP-211003

**1st SALE**

Jan 05th 22

9080 Kg

GP-211003

**3st SALE**

Apr 08th 22

560 Kg

GP- 220401

**SAMPLE**

Jun 24th 22

0,150 Kg

GP-211211

Smirk's000122

# SAMPLE - 1ˢᵗ MOMENT
# GP-210203: External Analysis of Pesticides




**INFORME DE ENSAYO**

Nfi de Referencia: A1-21/048715

Análisis: ARF-FR-0007 (GC+LC)

Registrado en: AGQ Perú

Centro Análisis: AGQ Perú

Cliente (*): MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA

Domicilio (*): CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - VILLA EL SALVADOR

Tipo Muestra: VARIOS (AL)

Fecha Inicio: 15/03/2021

Fecha Recepción: 15/03/2021

Fecha Fin: 17/03/2021

Contrato: QMT-PE210300233

Descripción(*): HARINA PROTEICA DE TARA LOTE GP-210203

Cliente 2B(*):—

Fecha/Hora Muestreo: 12/03/2021

Muestreado por: GRACIELA MEZA

Lugar de Muestreo: LABORATORIOS DE MOLINOS ASOCIADOS

Punto de Muestreo: AREA DE

**MICROBIOLOGIA**

No se han detectado Resultados iguales o superiores al LC en la Muestra Analizada.

Los Resultados emitidos en este informe, no han sido corregidos con factores de recuperación, siguiendo el protocolo recogido en nuestro manual de calidad. AGQ guarda bajo condiciones controladas la muestra durante un periodo determinado después de la finalización del análisis. Una vez transcurrido este periodo, la muestra será eliminada. Si desea información adicional o cualquier aclaración, no dude en ponerse en contacto con nosotros.

Adriana Maridrus Cazoria Jiménez / Resp. Lab. Org. Ambiental

FECHA EMISIÓN: 17/03/2021

OBSERVACIONES (*):







No Results equal to or greater than the LC have been detected in the Tested Sample.

Smirk's000123

# SAMPLE - 1st MOMENT / SELL / SAMPLE - 3th MOMENT
# GP-211003: External Analysis of Aflatoxines, Gluten, Microbiology, Pesticedes and Heavy Metals





**NSF INASSA S.A.C.**
LABORATORIO DE ENSAYO ACREDITADO
POR EL ORGANISMO PERUANO DE
ACREDITACION INACAL – DA
CON REGISTRO N° LE – 001

**Test Report N° 190478-01**

## DATA PROVIDED BY THE CUSTOMER

| | |
|---|---|
| Requested By | MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA |
| Legal Address | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Contact | Yenifer Fernández Sarcca |
| Address for delivery | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Product | TARA PROTEIN FLOUR |
| Procedence | Sample provided by Customer |

| Sample identification | Quantity | Description / Presentation | Seal | PD | ED |
|---|---|---|---|---|---|
| BATCH: GP 211003 | 1000g | 01 Sealed plastic bag, identified | -- | -- | -- |

## SERVICE INFORMATION

| | |
|---|---|
| Assay carried out at | Av. La Marina 3035-3059 San Miguel - Lima |
| Date of receipt | 2021.11.16 |
| Start date of analysis | 2021.11.16 |
| Ending date of analysis | 2021.11.24 |
| Reference | OS N° 21-1371 |
| Internal laboratory coding | M-253048 |

## RESULTS

| Sample identification | Analysis | Unit | Results |
|---|---|---|---|
| BATCH: GP 211003 | Bacillus cereus (Count) | CFU/g | <100(**)(*) |
| | Gluten (Limit of quantification 5 ppm) | ppm | <5.0(*) |
| | Molds Count | CFU/g | 210(**) |
| | Escherichia coli enumeration | MPN/g | <3.0 |
| | Salmonella Detection | 25g | NOT DETECTED |
| | Ash | % | 7.05(*) |
| | Carbohydrates | % | 27.25(*) |
| | Total Energy | kcal/100g | 426(*) |
| | Dietary Fiber | % | 14.06(*) |
| | Fat | % | 13.46(*) |
| | Moisture | % | 3.18(*) |
| | pH (25°C) | | 6.62(*) |
| | Protein | N x 6.25 % | 49.06(*) |
| | Multiresidues of Pesticides [1] | mg/kg | No pesticide residues were detected in the sample analyzed. (*) |

**Analysis made in November 21**
**Aflatoxines, Gluten, Microbiology and Pesticides Conformance**

---

**NSF INASSA S.A.C.**

**Informe de Ensayo N° 191376**

## DATOS PROPORCIONADOS POR EL CLIENTE

| | |
|---|---|
| Solicitante | MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA |
| Domicilio legal | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Contacto | Yenifer Fernández |
| Dirección de entrega | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Producto | TARA PROTEIN FLOUR |
| Procedencia | Muestra proporcionada por el Cliente |

| Identificación de muestra | Cantidad | Descripción - Presentación | Precinto | FP |
|---|---|---|---|---|
| TARA PROTEIN FLOUR Lot: GP 211003 | 1000g | 01 Bolsa de plástico sellada e identificada | -- | -- |

## INFORMACIÓN DEL SERVICIO

| | |
|---|---|
| Ensayos realizados en | Av. La Marina 3035-3059 San Miguel - Lima |
| Fecha de recepción | 2021.12.16 |
| Fecha Inicio Análisis | 2021.12.17 |
| Fecha Término Análisis | 2021.12.20 |
| Referencia | OS N° 21-1527 |
| Codificación interna del laboratorio: | M-253946 |

## RESULTADOS

| Identificación de muestra | Análisis | Unidad | Resultado |
|---|---|---|---|
| TARA PROTEIN FLOUR Lot: GP 211003 | Salmonella Detección | 375g | NO DETECTADO |

## Métodos

Salmonella Detección: ISO 6579-1:2017 / AMD 1:2020 2020 Microbiology of the food chain — Horizontal method for the detection, enumeration and se of Salmonella — Part 1: Detection of Salmonella spp. AMENDMENT 1: Broader range of incubation temperatures, amendment to the status of Anne correction of the composition of MSRV and SC

**Analysis made in December 21**
**Salmonella/350 g  - Conformance**

---

**NSF INASSA S.A.C.**

**Test Report N° 190478-02**

## DATA PROVIDED BY THE CUSTOMER

| | |
|---|---|
| Requested By | MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA |
| Legal Address | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Contact | Yenifer Fernández Sarcca |
| Address for delivery | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Product | TARA PROTEIN FLOUR |
| Procedence | Sample provided by Customer |

| Sample identification | Quantity | Description / Presentation | Seal | PD | ED |
|---|---|---|---|---|---|
| BATCH: GP 211003 | 1000g | 01 Sealed plastic bag, identified | -- | -- | -- |

## SERVICE INFORMATION

| | |
|---|---|
| Assay carried out at | Av. La Marina 3035-3059 San Miguel - Lima |
| Date of receipt | 2021.11.16 |
| Start date of analysis | 2021.11.17 |
| Ending date of analysis | 2021.11.25 |
| Reference | OS N° 21-1371 |
| Internal laboratory coding | M-253048 |



| Sample identification | Analysis [s] | LQ | Unit | Result |
|---|---|---|---|---|
| BATCH: GP 211003 | Magnesium | 0.35 | mg/kg | 4 215 |
| BATCH: GP 211003 | Manganese | 0.05 | mg/kg | 30.4 |
| BATCH: GP 211003 | Molybdenum | 0.05 | mg/kg | <0.05 |
| BATCH: GP 211003 | Nickel | 0.05 | mg/kg | 1.72 |
| BATCH: GP 211003 | Silver | 0.05 | mg/kg | <0.05 |
| BATCH: GP 211003 | Lead | 0.1 | mg/kg | <0.1 |
| BATCH: GP 211003 | Potassium | 4.5 | mg/kg | 18.979 |
| BATCH: GP 211003 | Selenium | 0.25 | mg/kg | <0.25 |
| BATCH: GP 211003 | Sodium | 1.5 | mg/kg | 8.12 |
| BATCH: GP 211003 | Thallium | 0.25 | mg/kg | <0.25 |
| BATCH: GP 211003 | Titanium | 0.15 | mg/kg | <0.15 |
| BATCH: GP 211003 | Vanadium | 0.05 | mg/kg | <0.05 |
| BATCH: GP 211003 | Zinc | 0.05 | mg/kg | 65.9 |

LQ: Limit of quantification

## Methods

Metals by ICP. EPA Method 200.7. 1994. Inductively Coupled Plasma Atomic Emission Spectrometric Method for trace Element Analysis of Water and Wastes. Arsenic: NOM-117-SSA1. 1994. Bienes y Servicios. Métodos de prueba para la determinación de Cadmio, Arsénico, Plomo, Estaño, Cobre, Fierro, Zinc y Mercurio en Alimentos, agua potable y aguas purificadas por Espectrometría de absorción Atómica.

[s] Subcontract

Sampling is not part of the scope of the NSF INASSA SAC testing laboratory accreditation.

Quím. Cecilia Alicia Ascención Varela
Chemistry Laboratory
C.Q.P. N° 717

Lima, November 29th, 2021

**Analysis made in November 21**
**Heavy Metals  - Conformance**

# SAMPLE - 1st MOMENT / SELL / SAMPLE - 3th MOMENT
# GP-211003: External Analysis of Aflatoxines, Microbiology

**Analysis made in July 22
Aflatoxines, Microbiology
Conformance**



Smirk's000125

The report pages shown contain:

**INFORME DE ENSAYO N° 220008806/2022** (Página 1 de 4)

| Razón social del cliente: | Molinos Asociados Sociedad Anónima Cerrada | RUC: | 20515919768 |
| Domicilio legal del cliente: | Cal. 2 Mza. N Lote. 4 Coo. Las Vertientes (alt. Cd 2 Av El Sol) Lima - Lima - Villa el Salvador | CMA: | CMA2022/3659 |

| Producto declarado: | ORGANIC TARA PROTEIN FLOUR (INFORME EN INGLES) |
| Número de Muestras: | 01 |
| Presentación: | Envase sellado // Una (01) unidad de 300 g // Batch N°: GP 211003 // Expirity Date: Oct. 2023 |
| Procedencia: | No Aplica |
| Condición de la muestra: | Temperatura Ambiente |
| Muestreado por: | El cliente |
| Procedimiento de muestreo: | No Aplica |
| Plan de muestreo: | No Aplica |
| Fecha y hora de muestreo: | No Aplica |
| Coordenadas: | No Aplica |
| Punto de muestreo: | No Aplica |
| Fecha de recepción de la muestra: | 04/07/2022 |
| Código de Muestra: | 220006806 |
| Fecha de inicio de análisis: | 04/07/2022 |
| Fecha de término de análisis: | 09/07/2022 |
| Fecha de emisión: | 19/07/2022 |

**Físico Químicos**

| Análisis | LCM | Unidad | Resultados |
| --- | --- | --- | --- |
| Aflatoxinas totales | 0,50 | ppb | < 0,50 |

---

**INFORME DE ENSAYO N° 220008806/2022** (Página 2 de 4)

**Microbiológicos**

| Análisis | LCM | Unidad | Resultados |
| --- | --- | --- | --- |
| Recuento de microorganismos aerobios mesófilos | 10 | UFC/g | 22x10 — Recuento estándar en placa estimado |
| Recuento de Bacillus cereus | 100 | UFC/g | <10x10 — Recuento estándar en placa estimado |
| Recuento de Levaduras | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento de mohos | 10 | UFC/g | 13x10 — Recuento estándar en placa estimado |
| Enumeración de Enterobacterias | 0 | NMP/g | 0 |
| Enumeración de Escherichia coli | 0 | NMP/g | 0 |
| Detección de Salmonella spp. | — | Salmonella spp./ 25g | Ausencia |
| Recuento de Staphylococcus aureus | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento Escherichia coli | 10 | UFC/g | <10 |
| Listeria monocytogenes | — | Listeria monocytogenes / 25 g. | No detectado |

L.C.M.: Límite de cuantificación del método, "<"= Menor que el L.C.M.

| Tipo de análisis | Norma de Referencia |
| --- | --- |
| Aflatoxinas totales | AOAC 2012 Cap.49 Ed. 19 Natural toxins |



## 2nd SELL - 2nd MOMENT / SAMPLE 3th MOMENT
## GP-211211 : External Analysis of Aflatoxines, Microbiology

**Analysis made in July 22**
**Aflatoxines, Microbiology**
**Conformance**



Left document:

PACIFIC CONTROL — Your eyes everywhere

**INFORME DE ENSAYO Nº 220006806/2022**

Página 1 de 4

| | |
|---|---|
| Razón social del cliente: | Molinos Asociados Sociedad Anónima Cerrada |
| RUC: | 20515919768 |
| Domicilio legal del cliente: | Cal. 2 Mza. N Lote. 4 Coo. Las Vertientes (Int. Cd 2 Av El Sol) Lima - Lima - Villa el Salvador |
| CMA: | CMA2022/3645 |
| Producto declarado: | ORGANIC TARA PROTEIN FLOUR (INFORME EN INGLES) |
| Número de Muestras: | 01 |
| Presentación: | Envase sellado // Una (01) unidad de 1kg // Batch Nº: GP 211211 // Expirity Date: Dec. 2023 |
| Procedencia: | No Aplica |
| Condición de la muestra: | Temperatura Ambiente |
| Muestreado por: | El cliente |
| Procedimiento de muestreo: | No Aplica |
| Plan de muestreo: | No Aplica |
| Fecha y hora de muestreo: | No Aplica |
| Coordenadas: | No Aplica |
| Punto de muestreo: | No Aplica |
| Fecha de recepción de la muestra: | 04/07/2022 |
| Código de Muestra: | 220006805 |
| Fecha de inicio de análisis: | 04/07/2022 |
| Fecha de término de análisis: | 09/07/2022 |
| Fecha de emisión: | 19/07/2022 |

**Físico Químicos**

| Análisis | LCM | Unidad | Resultados |
|---|---|---|---|
| Aflatoxinas totales | 0,50 | ppb | < 0,50 |

Right document:

PACIFIC CONTROL — Your eyes everywhere

**INFORME DE ENSAYO Nº 220006806/2022**

Página 2 de 4

**Microbiológicos**

| Análisis | LCM | Unidad | Resultados |
|---|---|---|---|
| Recuento de microorganismos aerobios mesófilos | 10 | UFC/g | 28x10 — Recuento estándar en placa estimado |
| Recuento de Bacillus cereus | 100 | UFC/g | <10x10 — Recuento estándar en placa estimado |
| Recuento de Levaduras | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento de mohos | 10 | UFC/g | 13x10 — Recuento estándar en placa estimado |
| Enumeración de Enterobacterias | 0 | NMP/g | 0 |
| Enumeración de Escherichia coli | 0 | NMP/g | 0 |
| Recuento de Staphylococcus aureus | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento Escherichia coli | 10 | UFC/g | <10 |
| Listeria monocytogenes | --- | Listeria monocytogenes / 25 g. | No detectado |
| Detección de Salmonella spp. | --- | Salmonella spp./ 750g | Ausente |

L.C.M.: Límite de cuantificación del método, "<"= Menor que el L.C.M.

| Tipo de análisis | Norma de Referencia |
|---|---|
| Aflatoxinas totales | AOAC 2012 Cap.49 Ed. 19 Natural toxins |

"EL USO INDEBIDO DE ESTE INFORME DE ENSAYO CONSTITUYE UN DELITO SANCIONADO CONFORME A LA LEY, POR LA AUTORIDAD COMPETENTE"

No se debe reproducir el informe de ensayo, excepto en su totalidad, sin la autorización escrita de PACIFIC CONTROL S.A.C.Los resultados contenidos en el presente documento solo están relacionados con los ítems ensayados. Los resultados de los ensayos no deben ser utilizados como una certificación de conformidad con normas de producto o como certificado de sistemas de calidad de la entidad que lo produce.

T/C Council is an international association representing independent testing, inspection and certification companies.

**Pacific Control S.A.C.**
Panamericana Sur Km 23.5- Santa Rosa de Llanavilla Mz Q Lote 07 y 08 - Villa el Salvador
Phone central: (+511) 680 2323

Smirk's000126

# 3th SELL - 2nd MOMENT / SAMPLE 3th MOMENT
# GP- 220401 : Microbiology





## NSF INASSA S.A.C.
**LABORATORIO DE ENSAYO ACREDITADO POR EL ORGANISMO PERUANO DE ACREDITACION INACAL – DA CON REGISTRO N° LE – 001**

**Test Report N° 194981**

### DATA PROVIDED BY THE CUSTOMER

| | |
|---|---|
| Requested By | MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA |
| Legal Address | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Contact | Yenifer Fernández |
| Address for delivey | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Product | ORGANIC TARA PROTEIN FLOUR |
| Procedence | Sample provided by customer |

| Sample identification | Quantity | Description / Presentation | Seal | PD | ED |
|---|---|---|---|---|---|
| ORGANIC TARA PROTEIN FLOUR BATCH N° GP-220401 | 1000g | Sealed and identified plastic bag | -- | -- | -- |

### SERVICE INFORMATION

| | |
|---|---|
| Assay carried out at | Av. La Marina 3035-3059 San Miguel - Lima |
| Date of receipt | 2022.04.20 |
| Start date of analysis | 2022.04.20 |
| Ending date of analysis | 2022.04.26 |
| Reference | Cot. 117131 |
| Internal laboratory coding | M-257551 |

**Analysis made in April 22**
**Microbiology  Conformance**

### RESULTS

| Sample identification | Analysis | Unit | Results |
|---|---|---|---|
| BATCH N° GP-220401 | Bacillus cereus (Count) | CFU/g | <100(**)(*) |
| BATCH N° GP-220401 | Listeria monocytogenes Detection | 25g | ABSENCE |
| BATCH N° GP-220401 | Enterobacteriaceae (Numbering) | MPN/g | 9.3(*) |
| BATCH N° GP-220401 | Aerobic Microorganisms Count | CFU/g | 260 |
| BATCH N° GP-220401 | Molds Count | CFU/g | 130(**) |
| BATCH N° GP-220401 | Escherichia Coli Numbering | MPN/g | <3.0 |
| BATCH N° GP-220401 | Salmonella Detection | 375g | NOT DETECTED(*) |
| BATCH N° GP-220401 | Staphylococcus aureus (Detection) | 10 g | ABSENCE(*) |
| BATCH N° GP-220401 | Yeast Count | CFU/g | <10(**) |
| BATCH N° GP-220401 | Protein | N x 6.25 % | 48.64 (*) |

(*) The indicated methods have not been accredited by INACAL - DA.
(**) Estimated Value
"The accredited tests in this report, as they are within the framework of the INACAL-DA accreditation, are within the scope of mutual recognition of the signing members of IAAC and ILAC.".

El presente informe no deberá ser reproducido parcial o totalmente, excepto con la aprobación escrita de NSF INASSA S.A.C. Los resultados están relacionados únicamente a la muestra e información proporcionada por el cliente, lo cual es de su entera responsabilidad. Estos resultados no deben ser utilizados como certificación de conformidad con las normas del producto ni están autorizados al uso de la marca NSF. Sólo los documentos originales son válidos, eximiendo a NSF INASSA S.A.C. de la responsabilidad por la validez de copias. De tener alguna queja o apelación presentarla mediante el correo peru@nsf.org, con la información sustentatoria.

# 3ᵗʰ SELL - 2ⁿᵈ MOMENT / SAMPLE 3ᵗʰ MOMENT
# GP- 220401 : Aflatoxines and Microbiology

**Analysis made in July 22
Microbiology and Aflatoxine
Conformance**



Page 1 (left report):



**INFORME DE ENSAYO Nº 220006800/2022**

Página 1 de 4

| | | | |
|---|---|---|---|
| Razón social del cliente: | Molinos Asociados Sociedad Anónima Cerrada | RUC: | 20515919766 |
| Domicilio legal del cliente: | Cal. 2 Mza. N Lote. 4 Coo. Las Vertientes (alt. Cd 2 Av El Sol) Lima - Lima - Villa el Salvador | CMA: | CMA2022/3845 |

Producto declarado: ORGANIC TARA PROTEIN FLOUR (INFORME EN INGLES)
Número de Muestras: 01
Presentación: Envase sellado // Una (01) unidad de 1kg // Batch Nº: GP 220401 // Expiry Date: Apr. 2024
Procedencia: No Aplica
Condición de la muestra: Temperatura Ambiente
Muestreado por: El cliente
Procedimiento de muestreo: No Aplica
Plan de muestreo: No Aplica
Fecha y hora de muestreo: No Aplica
Coordenadas: No Aplica
Punto de muestreo: No Aplica
Fecha de recepción de la muestra: 04/07/2022
Código de Muestra: 220006800
Fecha de inicio de análisis: 04/07/2022
Fecha de término de análisis: 09/07/2022
Fecha de emisión: 14/07/2022

### Físico Químicos

| Análisis | LCM | Unidad | Resultados |
|---|---|---|---|
| Aflatoxinas totales | 0.50 | ppb | < 0.50 |

Page 2 (right report):

**INFORME DE ENSAYO Nº 220006800/2022**

Página 2 de 4

### Microbiológicos

| Análisis | LCM | Unidad | Resultados |
|---|---|---|---|
| Recuento de microorganismos aerobios mesófilos | 10 | UFC/g | 15x10 — Recuento estándar en placa estimado |
| Recuento de Bacillus cereus | 100 | UFC/g | <10x10 — Recuento estándar en placa estimado |
| Recuento de Levaduras | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento de mohos | 10 | UFC/g | 30 — Recuento estándar en placa estimado |
| Enumeración de Enterobacterias | 0 | NMP/g | 0 |
| Enumeración de Escherichia coli | 0 | NMP/g | 0 |
| Recuento de Staphylococcus aureus | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento Escherichia coli | 10 | UFC/g | <10 — Recuento estándar en placa estimado |
| Listeria monocytogenes | --- | Listeria monocytogenes / 25 g | No detectado |
| Detección de Salmonella spp. | --- | Salmonella spp./ 750g | Ausencia |

L.C.M.: Límite de cuantificación del método, "<"= Menor que el L.C.M.

| Tipo de análisis | Norma de Referencia |
|---|---|
| Aflatoxinas totales | AOAC 2012 Cap.49 Ed. 19 Natural toxins |

Smirk's000128

# In summary

In base of Daily Harvest and Smirks Specifications

We always have fulfilled all of them

| Micribiological Requirements | Max | Units |
|---|---|---|
| Aerobic Plate Count | 5000 | cfu/g |
| Entorobacteriaceae | 93 | MPN/g |
| E. coli | <10 | CFU/g |
| Generic E. coli | 9,3 | MPN/g |
| Mold | 500 | cfu/g |
| Yeast | 500 | cfu/g |
| Staphylococcus aureus (coagulase positive) | Absence/ 10g | /10 g |
| Listeria monocytogenes | Absence/ 25g | /25 g |
| Salmonella | Absence/ 750g | /750 g |
| Aflatoxin | < 1 | ppb |

| Micribiological Requirements | SAMPLE - 1st MOMENT / SELL / SAMPLE - 3th MOMENT GP-211003 | | | 2nd SELL - 2nd MOMENT / SAMPLE 3th MOMENT GP-211211 | | | 3th SELL - 2nd MOMENT / SAMPLE 3th MOMENT GP-220401 | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOT RESULTS | COUNTER SAMPLE OF THE LOT | CONCLUSION | LOT RESULTS | COUNTER SAMPLE OF THE LOT | CONCLUSION | LOT RESULTS | COUNTER SAMPLE OF THE LOT | CONCLUSION |
| | 7 days of age | 266 days of age | | 7 days of age | 214 days of age | | 7 days of age | 98 days of age | |
| Aerobic Plate Count | ≤340 cfu/g | 220 cfu/g | Conformance | ≤500 cfu/g | 280 cfu/g | Conformance | 260 cfu/g | 150 cfu/g | Conformance |
| Entorobacteriaceae | 9.3 MPN/g | 0 MPN/g | Conformance | -------------- | 0 MPN/g | Conformance | 9.3 MPN/g | 0 MPN/g | Conformance |
| E. coli | ≤10 cfu/g | ≤10 cfu/g | Conformance | ≤10 cfu/g | ≤10 cfu/g | Conformance | ≤10 cfu/g | ≤10 cfu/g | Conformance |
| Generic E. coli | ≤3 MPN/g | 0 MPN/g | Conformance | -------------- | 0 MPN/g | Conformance | ≤3 MPN/g | 0 MPN/g | Conformance |
| Mold | <100 cfu/g | <130 cfu/g | Conformance | <100 cfu/g | <130 cfu/g | Conformance | 130 cfu/g | 30 cfu/g | Conformance |
| Yeast | ≤300 cfu/g | ≤10 cfu/g | Conformance | ≤300 cfu/g | ≤10 cfu/g | Conformance | ≤10 cfu/g | ≤10 cfu/g | Conformance |
| Staphylococcus aureus (coagulase positive) | Absence | <10cfu/g | Conformance | -------------- | <10cfu/g | Conformance | Absence | <10cfu/g | Conformance |
| Listeria monocytogenes | Absence | Absence | Conformance | -------------- | Absence | Conformance | Absence | Absence | Conformance |
| Salmonella | Absence | Absence/750g | Conformance | -------------- | Absence/25g | Conformance | Absence | Absence/750g | Conformance |
| Aflatoxin | <1 ppb | <0.50 ppb | Conformance | -------------- | <0.50 ppb | Conformance | <1 ppb | <0.50 ppb | Conformance |

Smirk's000129



Other Expiriences of
sells of Tara Protein
Seed Germ
in USA

# TIME LINE OF INTERACTION WITH OUR CLIENTS WITH TARA PROTEIN SEED GERM

**1st SALE – CLIENT A**

Nov 19

14400 Kg

GP-191006

**2nd SAMPLE – CLIENT B**

Ap 21

0,500 Kg

GP-210203

**4th SAMPLE – CLIENT B**

Jun 21

5 Kg

GP-210203

**2nd SAMPLE – CLIENT C**

Feb 22

0,600 Kg

GP-210501

**1st SAMPLE – CLIENT E**

Ap 22

0,450 Kg

GP-220401
















**1st SAMPLE – CLIENT B**

Feb 21

0,500 Kg

GP-210203

**3th SAMPLE – CLIENT B**

Ap 21

0,500 Kg

GP-210203

**1st SAMPLE – CLIENT C**

Feb 22

0,400 Kg

GP-220401

**1st SAMPLE – CLIENT D**

Ap 22

0,150 Kg

GP-220401

**2nd SAMPLE – CLIENT D**

Ap 22

1 Kg

GP-210501

# 1st SALE – CLIENT A

## GP- 191006 : Aflatoxines and Microbiology

**Certified Laboratories of California**    *Full Service Laboratory • Established 1926*

## Certificate of Analysis

KIMMIE CANDY CO
405 EDISON WAY
RENO, NV 89502
ATT: MARIA ROBIDOUX

**REPORT #:** 325180
**PROJECT ID:** SCA14182-2003-001
**REPORT DATE:** 4/27/20
**PRINT DATE:** 4/27/20

PO #: 41162020

**LAB #:** 1082023                           **DATE RECEIVED:** 4/2/20
  PRODUCT: TARA PLANT PROTEIN POWDER
  LOT/BATCH #: GP191006
  SAMPLE ID: INGREDIENT

| ANALYTE | RESULT UNITS | METHOD REFERENCE |
|---|---|---|
| PROTEIN | 47.34 % | AOAC 991.20 |
| ASPARTIC ACID | 4.08 % (w/w) | ANAL CHEM 35 2055 (1963) |
| THREONINE | 1.62 % (w/w) | ANAL CHEM 35 2055 (1963) |
| SERINE | 1.92 % (w/w) | ANAL CHEM 35 2055 (1963) |
| GLUTAMIC ACID | 11.62 % (w/w) | ANAL CHEM 35 2055 (1963) |
| PROLINE | 2.10 % (w/w) | ANAL CHEM 35 2055 (1963) |
| GLYCINE | 2.08 % (w/w) | ANAL CHEM 35 2055 (1963) |
| ALANINE | 1.96 % (w/w) | ANAL CHEM 35 2055 (1963) |
| VALINE | 1.82 % (w/w) | ANAL CHEM 35 2055 (1963) |
| ISOLEUCINE | 1.54 % (w/w) | ANAL CHEM 35 2055 (1963) |
| LEUCINE | 3.19 % (w/w) | ANAL CHEM 35 2055 (1963) |
| TYROSINE | 1.37 % (w/w) | ANAL CHEM 35 2055 (1963) |
| PHENYLALANINE | 1.85 % (w/w) | ANAL CHEM 35 2055 (1963) |
| LYSINE | 2.00 % (w/w) | ANAL CHEM 35 2055 (1963) |
| HISTIDINE | 1.18 % (w/w) | ANAL CHEM 35 2055 (1963) |
| ARGININE | 6.60 % (w/w) | ANAL CHEM 35 2055 (1963) |
| CYSTINE (CYSTEIC ACID) | 0.81 % (w/w) | ANAL CHEM 35 2055 (1963) |
| METHIONINE (SULFONE) | 0.79 % (w/w) | ANAL CHEM 35 2055 (1963) |
| TRYPTOPHAN | 0.80 % (w/w) | ANAL CHEM 35 2055 (1963) |

**LAB #:** 1082024                           **DATE RECEIVED:** 4/2/20
  PRODUCT: PROTEIN CANDIES CRUNCHY
  LOT/BATCH #: 2021.08.17
  SAMPLE ID: PER 1.8 OZ SERVING

| ANALYTE | RESULT UNITS | METHOD REFERENCE |
|---|---|---|
| PROTEIN | 15.34 % | AOAC 991.20 |

---

**Certified Laboratories of California**    *Full Service Laboratory • Established 1926*

## Certificate of Analysis

KIMMIE CANDY CO
405 EDISON WAY
RENO, NV 89502
ATT: MARIA ROBIDOUX

**REPORT #:** 325180
**PROJECT ID:** SCA14182-2003-001
**REPORT DATE:** 4/27/20
**PRINT DATE:** 4/27/20

PO #: 41162020

**LAB #:** 1119486                           **DATE RECEIVED:** 4/17/20
  PRODUCT: TARA PLANT PROTEIN POWDER
  LOT/BATCH #: LOT# GP191006
  ADDITIONAL INFORMATION: INGREDIENT

| ANALYTE | RESULT UNITS | METHOD REFERENCE |
|---|---|---|
| AEROBIC PLATE COUNT | 410 CFU/g | APHA CMMEF CHP 8 |
| COLIFORM | <10 CFU/g | AOAC 991.14 |
| E. COLI | <10 CFU/g | AOAC 991.14 |
| LISTERIA SPECIES | NEGATIVE /25g | AOAC 2004.06 |
| SALMONELLA | NEGATIVE /25g | AOAC 2011.03 |
| YEAST | <10 CFU/g | APHA CMMEF CHP 21 |
| MOLD | 60 CFU/g | APHA CMMEF CHP 21 |
| **METALS BY ICP-MS** | | FDA EAM 4.7 |
| ARSENIC | 45.4 ppb | |
| CADMIUM | <10.0 ppb | |
| MERCURY | <10.0 ppb | |
| LEAD | 68.7 ppb | |

Sherman L Mah
**Acting Laboratory Director**

END OF REPORT

## TARA PROTEIN SEED GERM: PROTEIN, AMINO ACIDS, MICROBIOLOGY AND METALS BY CERTIFIED LABORATORIES OF CALIFORNIA

Smirk's000132

# 1st, 2nd, 3th and 4th SAMPLE – CLIENT B
## GP-210203 : Pesticides












INFORME DE ENSAYO

| | | |
|---|---|---|
| Nº de Referencia: | AL-21/048715 | |
| Análisis: | ARP-PR-0007 (GC+LC) | |
| Tipo Muestra: | VARIOS (AL) | |
| Fecha Inicio: | 15/03/2021 | |
| Descripción(*): | HARINA PROTEICA DE TARA LOTE GP-210203 | |

Registrada en: AGQ Perú
Centro Análisis: AGQ Perú
Fecha Recepción: 15/03/2021
Fecha Fin: 17/03/2021

Cliente (*): MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA
Domicilio (*): CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - VILLA EL SALVADOR
Contrato: QMT-PE210300283
Cliente 3H(*):----

Fecha/Hora Muestreo: 12/03/2021
Lugar de Muestreo: LABORATORIOS DE MOLINOS ASOCIADOS
Punto de Muestreo: AREA DE MICROBIOLOGIA
Muestreado por: GRACIELA MEZA

**No se han detectado Resultados iguales o superiores al LC en la Muestra Analizada.**

Los Resultados emitidos en este informe, no han sido corregidos con factores de recuperación. Siguiendo el protocolo recogido en nuestro manual de calidad, AGQ guardará bajo condiciones controladas la muestra durante un periodo determinado después de la finalización del análisis. Una vez transcurrido este periodo, la muestra será eliminada. Si desea información adicional o cualquier aclaración, no dude en ponerse en contacto con nosotros.



**No Results equal to or greater than the LC have been detected in the Tested Sample.**

# SAMPLE – CLIENTS C, D and E

# GP-220401 - Aflatoxines and Microbiology






## Test Report N° 194981

**DATA PROVIDED BY THE CUSTOMER**

| | |
|---|---|
| Requested By | MOLINOS ASOCIADOS SOCIEDAD ANONIMA CERRADA |
| Legal Address | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Contact | Yenifer Fernández |
| Address for delivery | CAL.2 MZA. N LOTE. 4 COO. LAS VERTIENTES (ALT. CD 2 AV EL SOL) LIMA - LIMA - VILLA EL SALVADOR |
| Product | ORGANIC TARA PROTEIN FLOUR |
| Procedence | Sample provided by customer |

| Sample identification | Quantity | Description / Presentation | Seal | PD | ED |
|---|---|---|---|---|---|
| ORGANIC TARA PROTEIN FLOUR BATCH N° GP-220401 | 1000g | Sealed and identified plastic bag | -- | -- | -- |

**SERVICE INFORMATION**

| | |
|---|---|
| Assay carried out at | Av. La Marina 3035-3059 San Miguel - Lima |
| Date of receipt | 2022.04.20 |
| Start date of analysis | 2022.04.20 |
| Ending date of analysis | 2022.04.26 |
| Reference | Cot. 117131 |
| Internal laboratory coding | M-257551 |

**RESULTS**

| Sample identification | Analysis | Unit | Results |
|---|---|---|---|
| BATCH N° GP-220401 | Bacillus cereus (Count) | CFU/g | <100(**)(*) |
| BATCH N° GP-220401 | Listeria monocytogenes Detection | 25g | ABSENCE |
| BATCH N° GP-220401 | Enterobacteriaceae (Numbering) | MPN/g | 9.3(*) |
| BATCH N° GP-220401 | Aerobic Microorganisms Count | CFU/g | 260 |
| BATCH N° GP-220401 | Molds Count | CFU/g | 130(**) |
| BATCH N° GP-220401 | Escherichia Coli Numbering | MPN/g | <3.0 |
| BATCH N° GP-220401 | Salmonella Detection | 375g | NOT DETECTED(*) |
| BATCH N° GP-220401 | Staphylococcus aureus (Detection) | 10 g | ABSENCE(*) |
| BATCH N° GP-220401 | Yeast Count | CFU/g | <10(**) |
| BATCH N° GP-220401 | Protein | N x 6.25 % | 48.64 (*) |

(*) The indicated methods have not been accredited by INACAL - DA.
(**) Estimated Value
"The accredited tests in this report, as they are within the framework of the INACAL-DA accreditation, are within the scope of mutual recognition of the signing members of IAAC and ILAC".

---

## INFORME DE ENSAYO N° 220006800/2022

| | | | |
|---|---|---|---|
| **Razón social del cliente:** | Molinos Asociados Sociedad Anonima Cerrada | **RUC:** | 2051591 |
| **Domicilio legal del cliente:** | Cal. 2 Mza. N Lote. 4 Coo. Las Vertientes (alt. Cd 2 Av El Sol) Lima - Lima - Villa el Salvador | **CMA:** | CMA20 |

| | |
|---|---|
| Producto declarado: | ORGANIC TARA PROTEIN FLOUR (INFORME EN INGLES) |
| Número de Muestras: | 01 |
| Presentación: | Envase sellado // Una (01) unidad de 1kg // Batch N° GP 220401 // Expirity Date: Apr. 20 |
| Procedencia: | No Aplica |
| Condición de la muestra: | Temperatura Ambiente |
| Muestreado por: | El cliente |
| Procedimiento de muestreo: | No Aplica |
| Plan de muestreo: | No Aplica |
| Fecha y hora de muestreo: | No Aplica |
| Coordenadas: | No Aplica |
| Punto de muestreo: | No Aplica |
| Fecha de recepción de la muestra: | 04/07/2022 |
| Código de Muestra: | 220006800 |
| Fecha de inicio de análisis: | 04/07/2022 |
| Fecha de término de análisis: | 09/07/2022 |
| Fecha de emisión: | 14/07/2022 |

### Físico Químicos

| Análisis | LCM | Unidad | Resultados |
|---|---|---|---|
| Aflatoxinas totales | 0,50 | ppb | < 0,50 |

"EL USO INDEBIDO DE ESTE INFORME DE ENSAYO CONSTITUYE UN DELITO SANCIONADO CONFORME A LA LEY, POR LA AUTORIDAD COMPETENTE"

No se debe reproducir el informe de ensayo, excepto en su totalidad, sin la autorización escrita de PACIFIC CONTROL S.A.C.Los resultados contenidos en el presente documento solo están relacionados con los ítems ensayados. Los resultados de los ensayos no deben ser utilizados como una certificación de conformidad con normas de producto o como certificado de sistema de calidad de la entidad que lo produjo.

PR-13-04-F / V01, 2022.03.30

TIC Council is an international association representing independent testing, inspection and certification companies.

Pacific Control S.A.C.
Panamericana Sur Km 20.5- Santa
Rosa de Llámellín Mz Q Lote 17 de -
Villa el Salvador
Phone central: (+511) 660 2523

---

## INFORME DE ENSAYO N° 220006800/2022

### Microbiológicos

| Análisis | LCM | Unidad | Resultados |
|---|---|---|---|
| Recuento de microorganismos aerobios mesófilos | 10 | UFC/g | 15x10 — Recuento estándar en placa estimado |
| Recuento de Bacillus cereus | 100 | UFC/g | <10x10 — Recuento estándar en placa estimado |
| Recuento de Levaduras | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento de mohos | 10 | UFC/g | 30 — Recuento estándar en placa estimado |
| Enumeración de Enterobacterias | 0 | NMP/g | 0 |
| Enumeración de Escherichia coli | 0 | NMP/g | 0 |
| Recuento de Staphylococcus aureus | 10 | UFC/g | < 10 — Recuento estándar en placa estimado |
| Recuento Escherichia coli | 10 | UFC/g | <10 — Recuento estándar en placa estimado |
| Listeria monocytogenes | --- | Listeria monocytogenes / 25 g. | No detectado |
| Detección de Salmonella spp. | --- | Salmonella spp./ 750g | Ausencia |

L.C.M.: Límite de cuantificación del método, "<" = Menor que el L.C.M.

| Tipo de análisis | Norma de Referencia |
|---|---|
| Aflatoxinas totales | AOAC 2012 Cap.49 Ed. 19 Natural toxins |

"EL USO INDEBIDO DE ESTE INFORME DE ENSAYO CONSTITUYE UN DELITO SANCIONADO CONFORME A LA LEY, POR LA AUTORIDAD COMPETENTE"

No se debe reproducir el informe de ensayo, excepto en su totalidad, sin la autorización escrita de PACIFIC CONTROL S.A.C.Los resultados contenidos en el presente documento solo están relacionados con los ítems ensayados. Los resultados de los ensayos no deben ser utilizados como una certificación de conformidad con normas de producto o como certificado de sistema de calidad de la entidad que lo produjo.

PR-13-04-F / V01, 2022.03.30

TIC Council is an international association representing independent testing, inspection and certification companies.

Pacific Control S.A.C.
Panamericana Sur Km 20.5- Santa
Rosa de Llámellín Mz Q Lote 17 y de -
Villa el Salvador
Phone central: (+511) 660 2523



Smirk's000134



# EXTERNAL ANALISYS



# GELDA SCIENTIFIC

Tel: (905) 673-9320  Fax: (905) 673-8114  Email: mail@gelda.com

ISO/IEC 17025
MECP
LICENCE #2203

## LABORATORY ANALYSIS REPORT

### Miski Organic Superfoods Inc.

Page:1/1

| REPORT NO.: | 13 | MO | Date Reported: | 27-Jul-22 | Final Result: Aug 02,2022 |
| Date Received: | 25-Jul-22 | | Analysis Date: | 3-Feb-22 | |
| Code From: | 1 | | Report To: | Ricardo C. Irivarren / Mariella L. Irivarren | |
| Code To: | 5 | | Fax: | (289) 816-1469 | |
| # of Samples: | 5 | | Tel: | (905) 802-9092 / 1-888-395-8338 | |
| Date Issued: | 27-Jul-22 | | Address: | PO Box 71047 Maplehurst, Burlington,ON-L7T 4J8 | |

Email Results To: ririvarren@miskiorganics.com
operations@miskiorganics.com

| Seq# | Gelda Code (MO) | Sample Description | Sample matrix | TPC MFHPB-18 | Yeast/ Mold MFHPB-22 | Coli MFHPB-34 | E.coli MFHPB-34 | Staph MFHPB-21 | Sal /25g MFHPB-20 | List mono /25g MFHPB-30 | Moisture % AOAC 934.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Organic Tara Protein Powder** | | | | | | | | | |
| 1 | 1 | #19364TPP00000B | Food | 160 | <50/<50 | <10 | <10 | <5 | ND | ND | 2.59% |
| 2 | 2 | #20259TPP0000H | Food | 400 | <50/<50 | <10 | <10 | <5 | ND | ND | 2.73% |
| 3 | 3 | #22136TPP00000Z | Food | 30 | <50/<50 | <10 | <10 | <5 | ND | ND | 1.21% |
| 4 | 4 | #20305TPP00000B | Food | 120 | <50/<50 | <10 | <10 | <5 | ND | ND | 2.12% |
| 5 | 5 | Organic Tumeric Powder Lot# 19356T?TUP20098K | Food | 23K | <50/<50 | <10 | <10 | <5 | ND | ND | 5.06% |

Customer supplied data ‡ — Test Unit: cfu/g OR ml OR Swab OR as Stated

**EXTERNAL ANALISYS IN CANADA FROM OUR CLIENT IN 4 LOTS EXPENDED**

Smirk's000136

# TARA PROTEIN SEED GERM: COUNTER SAMPLES SOLD TO SMIRKS

| Micribiological Requirements | Max | Units | GP-211003 COUNTER SAMPLE OF THE LOT 266 days of age | GP-211003 CONCLUSION | GP-211211 COUNTER SAMPLE OF THE LOT 214 days of age | GP-211211 CONCLUSION | GP-220401 COUNTER SAMPLE OF THE LOT 98 days of age | GP-220401 CONCLUSION |
|---|---|---|---|---|---|---|---|---|
| Aerobic Plate Count | 5000 | cfu/g | 220 cfu/g | Conformance | 280 cfu/g | Conformance | 150 cfu/g | Conformance |
| Entorobacteriaceae | 93 | MPN/g | 0 MPN/g | Conformance | 0 MPN/g | Conformance | 0 MPN/g | Conformance |
| E. coli | <10 | CFU/g | ≤10 cfu/g | Conformance | ≤10 cfu/g | Conformance | ≤10 cfu/g | Conformance |
| Generic E. coli | 9,3 | MPN/g | 0 MPN/g | Conformance | 0 MPN/g | Conformance | 0 MPN/g | Conformance |
| Mold | 500 | cfu/g | <130 cfu/g | Conformance | <130 cfu/g | Conformance | 30 cfu/g | Conformance |
| Yeast | 500 | cfu/g | ≤10 cfu/g | Conformance | ≤10 cfu/g | Conformance | ≤10 cfu/g | Conformance |
| Staphylococcus aureus (coagulase positive) | Absence/ 10g | /10 g | <10cfu/g | Conformance | <10cfu/g | Conformance | <10cfu/g | Conformance |
| Listeria monocytogenes | Absence/ 25g | /25 g | Absence | Conformance | Absence | Conformance | Absence | Conformance |
| Salmonella | Absence/ 750g | /750 g | Absence/750g | Conformance | Absence/25g | Conformance | Absence/750g | Conformance |
| Aflatoxin | < 1 | ppb | <0.50 ppb | Conformance | <0.50 ppb | Conformance | <0.50 ppb | Conformance |

The Reports in the next slides



# CONTACT US

**ADDRESS**

Calle 2 Mz.N Lt.4 Las Vertientes. Villa el Salvador
Lima – Perú

**PHONE NUMBER**

(01) 719 4720

**EMAIL ADDRESS**

htelge@masac.pe