

Smirk's000234

Locations

## Molinos Asociados S.A.C

**General** | Customers | Items | Documents

### Address

| | |
|---|---|
| Plant location name | Molinos Asociados S.A.C |
| Address line 1 | Calle 2 Mz N Lote 4 Cooperativea Las Vertientes |
| Address line 2 | |
| Country | Peru |
| City | Lima |
| State/Province | |
| Zip/postal | 80701 |
| Phone | 970-762-0202 |
| Is corporate office | ◯ |

### Additional information

| | |
|---|---|
| FDA facility registration number | |
| FDA Establishment Identification (FEI) number | |
| BRC site code | |

Smirk's000235

Locations

# Molinos Asociados S.A.C

General | Customers | **Items** | Documents

[+ Add Items]    [Remove]   [Search Items...]

| | Item ID | Item name ↑ | Category |
|---|---|---|---|
| ☐ | Tara Flour Organic | Tara Flour Organic | Food Ingredient |

20 per page >    [1]    1 result in 1 page

Smirk's000236

Items
# Tara Flour Organic

General | Marketplace | Customers | Locations | **Documents**

**+ Add Documents**          Remove     Search documents...

| | | Location ↑ | Document type | File name | Effective | Expiration | |
|---|---|---|---|---|---|---|---|
| ☐ | ↓ | Molinos Asociados S.A.C | Allergens | Allergens.pdf | 11/12/2021 | 11/12/2023 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | California Prop. 65 | 9 California prop 65 statement.pdf | 11/12/2021 | 11/12/2023 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | CoA Sample | 8 COA sample.pdf | 11/12/2021 | 11/12/2023 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | Country of Origin | Country of Origin.pdf | 11/12/2021 | 11/11/2024 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | GMO | Non-GMO Stmt Tara Pwdr 18 April 21.pdf | 11/12/2021 | 11/12/2023 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | HACCP | HACCP Process Flow Tara Pwdr Mar 2021.pdf | 11/12/2021 | 11/11/2024 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | HACCP Process Flow Diagram | D-ASC-024 Tara protein flour flow chart.pdf | 11/12/2021 | 11/12/2023 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | Ingredient Statement | Spec Tara Protein Pwdr Spec Allergen GMO April 2021.pdf | 11/12/2021 | 11/12/2022 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | Irradiation Status Statement | 12 Non Irradiation statement.pdf | 11/12/2021 | 11/12/2023 | ••• |
| ☐ | ↓ | Molinos Asociados S.A.C | Item Questionnaire | Item Questionnaire.pdf | 4/20/2022 | 4/19/2025 | ••• |

Smirk's000237

**Tara Flour Organic**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ⬇ | Molinos Asociados S.A.C. | Kosher | Kosher.pdf | 8/24/2022 | 7/31/2023 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Label Sample | 13 Label Sample - NOP.pdf | 11/12/2021 | 11/12/2022 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Lot Code | 14 Lot code explanation statement.pdf | 11/12/2021 | 11/11/2024 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Natural | 17 Natural statement.pdf | 11/12/2021 | 11/12/2022 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | No Animal Ingredient Statement | 18 No animal Statement.pdf | 11/12/2021 | 11/12/2022 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Nutrition | Nutrition.pdf | 11/12/2021 | 11/11/2024 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Organic | Organic NOP.pdf | 6/23/2022 | 7/31/2023 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Product Specification Sheet | Spec Tara Protein Pwdr Spec Allergen GMO April 2021.pdf | 11/12/2021 | 11/11/2024 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Safety Data Sheet (SDS) | SDS Org Tara Protein Pwdr April 2021.pdf | 11/12/2021 | 11/11/2024 | ... |
| ☐ | ⬇ | Molinos Asociados S.A.C. | Shelf Life | Spec Tara Protein Pwdr Spec Allergen GMO April 2021.pdf | 11/12/2021 | 11/11/2024 | ... |

Smirk's000238

