```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :    22cv5987(DLC);  23cv1607(DLC);
In re: Daily Harvest, Inc.          :    23cv1617(DLC);  23cv1620(DLC);
Products Liability Litigation       :    23cv1627(DLC);  23cv1633(DLC);
                                    :    23cv1640(DLC);  23cv1643(DLC);
----------------------------------- X    23cv1648(DLC);  23cv1649(DLC);
                                         23cv1651(DLC);  23cv1653(DLC);
                                         23cv1658(DLC);  23cv1659(DLC);
                                         23cv1660(DLC);  23cv1662(DLC);
                                         23cv1663(DLC);  23cv1664(DLC);
                                         23cv1666(DLC);  23cv1668(DLC);
                                         23cv1672(DLC);  23cv1673(DLC);
                                         23cv1681(DLC);  23cv1683(DLC);
                                         23cv1686(DLC);  23cv1688(DLC);
                                         23cv1692(DLC);  23cv1694(DLC);
                                         23cv1703(DLC);  23cv1705(DLC);
                                         23cv1709(DLC);  23cv1712(DLC);
                                         23cv1713(DLC);  23cv1718(DLC);
                                         23cv1721(DLC);  23cv1725(DLC);
                                         23cv1727(DLC);  23cv1732(DLC);
                                         23cv1734(DLC);  23cv1736(DLC);
                                         23cv1737(DLC);  23cv1740(DLC);
                                         23cv1741(DLC);  23cv1742(DLC);
                                         23cv1743(DLC);  23cv1744(DLC);
                                         23cv1745(DLC);  23cv1748(DLC);
                                         23cv1750(DLC);  23cv2038(DLC);
                                         23cv2466(DLC);  23cv2607(DLC);
                                         23cv3825(DLC);  23cv3826(DLC);
                                         23cv3827(DLC);  23cv3828(DLC);
                                          23cv3831(DLC);  23cv4296(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

    A telephonic conference in this litigation is scheduled for July 21, 2023 at 3:00 p.m.  It is hereby

    ORDERED that the conference shall be held on July 21, 2023 at 4:00 p.m.  The parties shall use the following dial-in credentials for the conference:

```
Dial-in:        888-363-4749
Access code:    4324948
```

The parties shall use a landline if one is available. The parties shall be prepared to discuss a schedule for the remainder of the litigation.

Dated:    New York, New York
          July 21, 2023

                                    _____
                                        DENISE COTE
                                    United States District Judge