```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :  22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.         :  23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation      :  23cv1627(DLC); 23cv1633(DLC);
                                   :  23cv1640(DLC); 23cv1643(DLC);
---------------------------------- X  23cv1648(DLC); 23cv1649(DLC);
                                      23cv1651(DLC); 23cv1653(DLC);
                                      23cv1658(DLC); 23cv1659(DLC);
                                      23cv1660(DLC); 23cv1662(DLC);
                                      23cv1663(DLC); 23cv1664(DLC);
                                      23cv1666(DLC); 23cv1668(DLC);
                                      23cv1672(DLC); 23cv1673(DLC);
                                      23cv1681(DLC); 23cv1683(DLC);
                                      23cv1686(DLC); 23cv1688(DLC);
                                      23cv1692(DLC); 23cv1694(DLC);
                                      23cv1703(DLC); 23cv1705(DLC);
                                      23cv1709(DLC); 23cv1712(DLC);
                                      23cv1713(DLC); 23cv1718(DLC);
                                      23cv1721(DLC); 23cv1725(DLC);
                                      23cv1727(DLC); 23cv1732(DLC);
                                      23cv1734(DLC); 23cv1736(DLC);
                                      23cv1737(DLC); 23cv1740(DLC);
                                      23cv1741(DLC); 23cv1742(DLC);
                                      23cv1743(DLC); 23cv1744(DLC);
                                      23cv1745(DLC); 23cv1748(DLC);
                                      23cv1750(DLC); 23cv2038(DLC);
                                      23cv2466(DLC); 23cv2607(DLC);
                                      23cv3825(DLC); 23cv3826(DLC);
                                      23cv3827(DLC); 23cv3828(DLC);
                                       23cv3831(DLC); 23cv4296(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

  A telephonic conference in this litigation was held on July 21, 2023. As set forth at the conference, it is hereby

  ORDERED that the following schedule shall apply to the further conduct of pretrial proceedings in this litigation:

1. The parties shall, by October 6, 2023, submit a proposal

    regarding a process for selecting bellwether cases for trial.

2. Depositions of any fact witnesses that the plaintiffs intend to depose shall be completed by January 26, 2024.

3. A telephonic conference shall be held on January 26, 2024 at 2:00 p.m. The parties shall use the following dial-in credentials for the conference:

    Dial-in:     888-363-4749
    Access code:  4324948

The parties shall use a landline if one is available. The parties shall be prepared to discuss the selection process for bellwether cases (to the extent such process has not already been decided) and a schedule for the remainder of the litigation, including expert discovery and summary judgment practice.

Dated:    New York, New York
           July 21, 2023

                                      DENISE COTE
                            United States District Judge