```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JUSTIN ALBRIGHT, on behalf of his        :
daughter T.A. a minor,                   :
                                         :           22cv5987 (DLC)
                         Plaintiff,      :
                                         :              ORDER
              -v-                        :
                                         :
DAILY HARVEST, INC., et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 11, 2023, defendant Smirk's Ltd. filed a letter requesting a conference to set discovery deadlines. Accordingly, it is hereby

ORDERED that Initial Interrogatories and Requests pursuant to Rule 34, Fed. R. Civ. P., shall be served by September 15, 2023. Defendant Molinos's Responses to Interrogatories and Requests must be submitted by October 6, 2023.

IT IS FURTHER ORDERED that the request for a conference is denied.

Dated:    New York, New York
          September 12, 2023

                                         _____
                                                  DENISE COTE
                                         United States District Judge