UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN ALBRIGHT, on behalf of his daughter T.A. a minor,

                Plaintiff,

   -v-

DAILY HARVEST, INC., et al.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5987 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference to discuss settlement (the "Conference") is scheduled for **Thursday, February 8, 2024 at 12:00 p.m.** on the Court's conference line. Plaintiff's counsel and counsel for Defendant Smirk's Ltd. ("Smirk's) only are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. No other parties shall attend the Conference. At the Conference, Plaintiff and Smirk's shall be prepared to discuss the status of their settlement negotiations.

Dated:    New York, New York
            January 10, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge