```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.       :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation    :   23cv1627(DLC); 23cv1633(DLC);
                                 :   23cv1640(DLC); 23cv1643(DLC);
-------------------------------- X   23cv1648(DLC); 23cv1649(DLC);
                                     23cv1651(DLC); 23cv1653(DLC);
                                     23cv1658(DLC); 23cv1659(DLC);
                                     23cv1660(DLC); 23cv1662(DLC);
                                     23cv1663(DLC); 23cv1664(DLC);
                                     23cv1666(DLC); 23cv1668(DLC);
                                     23cv1672(DLC); 23cv1673(DLC);
                                     23cv1681(DLC); 23cv1683(DLC);
                                     23cv1686(DLC); 23cv1688(DLC);
                                     23cv1692(DLC); 23cv1694(DLC);
                                     23cv1703(DLC); 23cv1705(DLC);
                                     23cv1709(DLC); 23cv1712(DLC);
                                     23cv1713(DLC); 23cv1718(DLC);
                                     23cv1721(DLC); 23cv1725(DLC);
                                     23cv1727(DLC); 23cv1732(DLC);
                                     23cv1734(DLC); 23cv1736(DLC);
                                     23cv1737(DLC); 23cv1740(DLC);
                                     23cv1741(DLC); 23cv1742(DLC);
                                     23cv1743(DLC); 23cv1744(DLC);
                                     23cv1745(DLC); 23cv1748(DLC);
                                     23cv1750(DLC); 23cv2038(DLC);
                                     23cv2466(DLC); 23cv2607(DLC);
                                     23cv3825(DLC); 23cv3826(DLC);
                                     23cv3827(DLC); 23cv3828(DLC);
                                      23cv3831(DLC); 23cv4296(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

    Having received the plaintiff's request for an extension of all dates, it is hereby

    ORDERED that the following schedule shall apply to the further conduct of pretrial proceedings in this litigation:

1. Depositions in this litigation are paused until **February**

**23, 2024,** pending proceedings in front of Magistrate Judge Cave.

2. Depositions of defendants must occur by **April 12, 2024.**

3. Discovery of the plaintiffs of the first two bellwether cases, Teresa Beck v. Daily Harvest, et al. and Justin Albright on behalf of T.A. v. Daily Harvest, et al., including their independent medical examinations, shall occur by **June 7, 2024.**

4. The parties shall meet and confer as to next steps in the litigation of the remaining six bellwether cases and file a joint status letter by **June 7, 2024.**

5. Plaintiffs' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **July 5, 2024.** Defendants' identification of experts and disclosure of expert testimony must occur by **August 2, 2024.**

6. All discovery must be completed by **September 13, 2024.**

7. The following motions will be served by the dates indicated below.

    Any dispositive motion, including Daubert motions:

    - Motion served by **October 4, 2024**
    - Opposition served by **October 25, 2024**
    - Reply served by **November 8, 2024**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **October 4, 2024.**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of

law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

Dated:   New York, New York
         January 31, 2024

                          _____
                               DENISE COTE
                          United States District Judge