```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.       :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation    :   23cv1627(DLC); 23cv1633(DLC);
                                 :   23cv1640(DLC); 23cv1643(DLC);
-------------------------------- X   23cv1648(DLC); 23cv1649(DLC);
                                     23cv1651(DLC); 23cv1653(DLC);
                                     23cv1658(DLC); 23cv1659(DLC);
                                     23cv1660(DLC); 23cv1662(DLC);
                                     23cv1663(DLC); 23cv1664(DLC);
                                     23cv1666(DLC); 23cv1668(DLC);
                                     23cv1672(DLC); 23cv1673(DLC);
                                     23cv1681(DLC); 23cv1683(DLC);
                                     23cv1686(DLC); 23cv1688(DLC);
                                     23cv1692(DLC); 23cv1694(DLC);
                                     23cv1703(DLC); 23cv1705(DLC);
                                     23cv1709(DLC); 23cv1712(DLC);
                                     23cv1713(DLC); 23cv1718(DLC);
                                     23cv1721(DLC); 23cv1725(DLC);
                                     23cv1727(DLC); 23cv1732(DLC);
                                     23cv1734(DLC); 23cv1736(DLC);
                                     23cv1737(DLC); 23cv1740(DLC);
                                     23cv1741(DLC); 23cv1742(DLC);
                                     23cv1743(DLC); 23cv1744(DLC);
                                     23cv1745(DLC); 23cv1748(DLC);
                                     23cv1750(DLC); 23cv2038(DLC);
                                     23cv2466(DLC); 23cv2607(DLC);
                                     23cv3825(DLC); 23cv3826(DLC);
                                     23cv3827(DLC); 23cv3828(DLC);
                                      23cv3831(DLC); 23cv4296(DLC)
```

ORDER

DENISE COTE, District Judge:

Having received the parties' letters of May 26 and May 28, 2024, it is hereby

ORDERED that the independent medical examination of plaintiff T.A. may be conducted either by Zoom or in person before trial, per the defendants' choice.

IT IS FURTHER ORDERED that the parties shall discuss a schedule for the depositions of the plaintiffs' treating physicians.  A proposed schedule for these depositions shall be filed by **June 7, 2024.**

Dated:    New York, New York
          May 30, 2024

                                          _____
                                              DENISE COTE
                                      United States District Judge