UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN ALBRIGHT on behalf of his daughter
T.A., a minor

                                             Plaintiff,

vs.

DAILY HARVEST, INC., SECOND BITE
FOODS, INC., d/b/a "STONE GATE FOODS",
SMIRK'S LTD., MOLINOS ASOCIADOS SAC,
and JOHN DOE CORPORATIONS 1-5,

                                             Defendants.

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Case No. 22-cv-5987 (DLC) (SLC)

---

       **PLEASE TAKE NOTICE** that upon the Declaration of Joseph C. Baiocco dated the 15th day of August 2024, with exhibits, the Local Rule 56.1 Statement of Undisputed Material Facts, the accompanying Memorandum of Law, and all prior pleadings herein, Defendant and Cross-Claimant, SECOND BITE FOODS, INC. d/b/a STONE GATE FOODS ("Stone Gate"), will move before the Hon. Denise L. Cote, United States District Judge for the Southern District of New York, 40 Foley Square, Courtroom 18B, New York, New York 10007, at a date and time to be designated by the Court, for an Order granting Stone Gate partial summary judgment on its cross-claim for contractual indemnity against Smirk's, Inc pursuant to Federal Rule of Civil Procedure 56, and for such other relief this Court deems just and proper.

       **PLEASE TAKE FURTER NOTICE** that these papers have been served on August 15, 2024. Pursuant to Local Rule 6.1(b)(2) of this Court, answering affidavits and memoranda must be served within fourteen (14) days of service of this motion.

Dated: New York, New York
August 15, 2024

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Joseph C. Baiocco
*Attorneys for Defendants*
*Second Bite Foods, Inc. d/b/a Stone Gate Foods*
1133 Westchester Ave.
White Plains, New York 10604-3407
Tel: (914) 872-7338
E-mail: joseph.baiocco@wilsonelser.com
File No.: 24620.00002

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will provide notification to the following counsel of record:

*Counsel for Plaintiff*
Paul V. Nunes
Heisman Nunes & Hull LLP
69 Cascade Dr., Suite 102
Rochester, New York 14614
Telephone: (585) 270 - 6922
pnunes@hnhattorneys.com

and

William D. Marler
Marler Clark, LLP
The Standard Building
1012 1st Avenue, Fifth Floor
Seattle, Washington 98104
Telephone: (206) 346 – 1888
bmarler@marlerclark.com

*Counsel for Co-Defendant, Daily Harvest, Inc.*
Sarah L. Brew
Alyssa L. Rebensdordf
Jeffrey S. Jacobson
Faegre Drinker Biddle & Reath, LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248 – 3140
sarah.brew@faegredrinker.com
alyssa.rebensdorf@faegredrinker.com
jeffrey.jacobson@faegredrinker.com

*Counsel for Co-Defendant Smirk's LTD.*
Scott Haworth
Jennifer Bruder
Haworth Barber & Gerstman, LLC
80 Broad St., 24th Floor
New York, New York 10004
Telephone: (212) 952 – 1101
scott.haworth@hbandglaw.com
jennifer.bruder@hbandglaw.com

*Counsel for Co-Defendant Molinos Asociados SAC*
Michael P. Collins
Bond Schoeneck & King, PLLC
10 Bank St., 11th Floor
White Plains, New York 10606-1933
Telephone: 914-306-7870
mcollins@bsk.com

300899524v.1