UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN ALBRIGHT on behalf of his daughter
T.A., a minor

                                         Plaintiff,

vs.

DAILY HARVEST, INC., SECOND BITE
FOODS, INC., d/b/a "STONE GATE FOODS",
SMIRK'S LTD., MOLINOS ASOCIADOS SAC,
and JOHN DOE CORPORATIONS 1-5,

                                         Defendants.

**DECLARATION OF JOSEPH C. BAIOCCO**

Case No. 22-cv-5987 (DLC) (SLC)

---

JOSEPH C. BAIOCCO declares under penalty of perjury:

1. I am a partner of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for the Defendant and Cross-Claimant, SECOND BITE FOODS d/b/a STONE GATE FOODS ("Stone Gate"). I am fully familiar with the facts and circumstances of this matter.

2. This declaration is submitted in support of Stone Gate's Motion for Partial Summary Judgment on its crossclaim for contractual indemnity against Smirk's, Inc.

3. Exhibit 1 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of Smirk's Product Supply Agreement with Daily Harvest.

4. Exhibit 2 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Christina Gutierrez-Williams.[1]

5. Exhibit 3 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Daniel Thomason.

6. Exhibit 4 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Amna Rauhullah.

---

[1] A copy of the complete deposition transcript for each witness can be provided at the Court's request.

7. Exhibit 5 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Dean Soicher.

8. Exhibit 6 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Nicholas Erker.

9. Exhibit 7 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the U.S. Food and Drug Administration's Division of Food Ingredient's memorandum dated April 10, 2024.

10. Exhibit 8 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Donny Edson.

11. Exhibit 9 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the deposition testimony of Tara Hettinger.

12. Exhibit 10 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of Frank Yiannis' expert report dated June 16, 2024.

13. Exhibit 11 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of Michael Taylor's expert report dated June 3, 2024.

14. Exhibit 12 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of Neal Fortin's expert report dated June 28, 2024.

15. Exhibit 13 to this Declaration, Statement of Undisputed Material Facts, and corresponding Memorandum of Law is a true and correct copy of the expert report of Don Zink and Carol Cave (IEH Laboratories) dated July 1, 2024.

Dated: New York, New York
August 15, 2024

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Joseph C. Baiocco
*Attorneys for Defendants*
*Second Bite Foods, Inc. d/b/a Stone Gate Foods*
1133 Westchester Ave.
White Plains, New York 10604-3407
Tel: (914) 872-7338
E-mail: joseph.baiocco@wilsonelser.com
File No.: 24620.00002

300906882v.1