```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.          :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation       :   23cv1627(DLC); 23cv1633(DLC);
                                    :   23cv1640(DLC); 23cv1643(DLC);
----------------------------------- X   23cv1648(DLC); 23cv1649(DLC);
                                        23cv1651(DLC); 23cv1653(DLC);
                                        23cv1658(DLC); 23cv1659(DLC);
                                        23cv1660(DLC); 23cv1662(DLC);
                                        23cv1663(DLC); 23cv1664(DLC);
                                        23cv1666(DLC); 23cv1668(DLC);
                                        23cv1672(DLC); 23cv1673(DLC);
                                        23cv1681(DLC); 23cv1683(DLC);
                                        23cv1686(DLC); 23cv1688(DLC);
                                        23cv1692(DLC); 23cv1694(DLC);
                                        23cv1703(DLC); 23cv1705(DLC);
                                        23cv1709(DLC); 23cv1712(DLC);
                                        23cv1713(DLC); 23cv1718(DLC);
                                        23cv1721(DLC); 23cv1725(DLC);
                                        23cv1727(DLC); 23cv1732(DLC);
                                        23cv1734(DLC); 23cv1736(DLC);
                                        23cv1737(DLC); 23cv1740(DLC);
                                        23cv1741(DLC); 23cv1742(DLC);
                                        23cv1743(DLC); 23cv1744(DLC);
                                        23cv1745(DLC); 23cv1748(DLC);
                                        23cv1750(DLC); 23cv2038(DLC);
                                        23cv2466(DLC); 23cv2607(DLC);
                                        23cv3825(DLC); 23cv3826(DLC);
                                        23cv3827(DLC); 23cv3828(DLC);
                                        23cv3831(DLC); 23cv4296(DLC);
                                              23cv4313(DLC)
```

ORDER

DENISE COTE, District Judge:

On August 15, 2024, Defendant and Cross-Claimant Second Bite Foods, Inc., filed a motion for partial summary judgment on its cross-claim against Defendant and Cross-claim Defendant Smirk's Ltd. Accordingly, it is hereby

ORDERED that any opposition is due **August 30, 2024**. Any reply is due **September 6**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
        August 16, 2024

                                      DENISE COTE
                          United States District Judge