```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.          :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation       :   23cv1627(DLC); 23cv1633(DLC);
                                    :   23cv1640(DLC); 23cv1643(DLC);
----------------------------------- X   23cv1648(DLC); 23cv1649(DLC);
                                        23cv1651(DLC); 23cv1653(DLC);
                                        23cv1658(DLC); 23cv1659(DLC);
                                        23cv1660(DLC); 23cv1662(DLC);
                                        23cv1663(DLC); 23cv1664(DLC);
                                        23cv1666(DLC); 23cv1668(DLC);
                                        23cv1672(DLC); 23cv1673(DLC);
                                        23cv1681(DLC); 23cv1683(DLC);
                                        23cv1686(DLC); 23cv1688(DLC);
                                        23cv1692(DLC); 23cv1694(DLC);
                                        23cv1703(DLC); 23cv1705(DLC);
                                        23cv1709(DLC); 23cv1712(DLC);
                                        23cv1713(DLC); 23cv1718(DLC);
                                        23cv1721(DLC); 23cv1725(DLC);
                                        23cv1727(DLC); 23cv1732(DLC);
                                        23cv1734(DLC); 23cv1736(DLC);
                                        23cv1737(DLC); 23cv1740(DLC);
                                        23cv1741(DLC); 23cv1742(DLC);
                                        23cv1743(DLC); 23cv1744(DLC);
                                        23cv1745(DLC); 23cv1748(DLC);
                                        23cv1750(DLC); 23cv2038(DLC);
                                        23cv2466(DLC); 23cv2607(DLC);
                                        23cv3825(DLC); 23cv3826(DLC);
                                        23cv3827(DLC); 23cv3828(DLC);
                                        23cv3831(DLC); 23cv4296(DLC);
                                              23cv4313(DLC)
```

ORDER

DENISE COTE, District Judge:

Having received the parties' August 29, 2024 notice of agreement on a proposed settlement, it is hereby

ORDERED that the motion for preliminary approval of the

class action settlement is due **September 20, 2024**.

IT IS FURTHER ORDERED that the parties' request for a 90-day stay of upcoming litigation deadlines in the above-captioned actions is granted.

Dated:   New York, New York
         September 3, 2024

                                   _____
                                            DENISE COTE
                                  United States District Judge